| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Midtown Campus Properties, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3672213 | |
| 4. | **Debtor's address** | **Principal place of business** 782 NW 42nd Ave. Suite 550 Miami, FL 33126 _Number, Street, City, State & ZIP Code_ Miami-Dade _County_ | **Mailing address, if different from principal place of business** _P.O. Box, Number, Street, City, State & ZIP Code_ **Location of principal assets, if different from principal place of business** 110 NW 17th Street Gainesville, FL 32603 _Number, Street, City, State & ZIP Code_ |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Midtown Campus Properties, LLC**  Case number (*if known*) _____
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  ____ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____  Relationship _____ |
| | | District _____  When _____  Case number, if known _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Midtown Campus Properties, LLC**  
Name

Case number (*if known*) _____

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>  Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>  Contact name _____<br>  Phone _____ |

■  **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ■ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ■ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **Midtown Campus Properties, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  8, 2020**
MM / DD / YYYY

X **/s/ Oscar A. Roger**         **Oscar A. Roger**
Signature of authorized representative of debtor         Printed name

Title  **Authorized Officer**

**18. Signature of attorney**

X **/s/ Paul J. Battista**         Date **May  8, 2020**
Signature of attorney for debtor         MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-349-2300**     Email address

**884162 FL**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

## UNANIMOUS CONSENT IN WRITING OF THE MANAGER AND MEMBERS OF MIDTOWN CAMPUS PROPERTIES, LLC

The undersigned, constituting the all of the members ("Members") and the sole manager ("Manager") of Midtown Campus Properties, LLC, a Florida limited liability company (the "Company"), hereby consent, in accordance with Section 605.04073 of the Florida Revised Limited Liability Business Company Act, to the actions set forth below, effective as of the date hereof, with the same force and effect as if taken at a meeting of the Members and the Manager:

WHEREAS, the Members and the Manager reviewed the materials presented by the management and the advisors of the Company regarding the operational and liquidity situation facing the Company due in large part to the recent worldwide Coronavirus pandemic, the strategic alternatives available to the Company and the impact of the foregoing on the Company's business, business plan, creditors, employees and members; and

WHEREAS, the Members and the Manager had sufficient opportunity to consult with the management of the Company and the professional advisors to the Company and have fully considered each of the strategic alternatives available to the Company;

As a result, the following resolutions are hereby unanimously adopted:

**RESOLVED** that in the judgment of the Members and the Manager of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED** that the undersigned, on behalf of the Company, authorize and empower the Manager, Oscar A. Roger (the "Authorized Representative") to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") on behalf of the Company, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

1

**RESOLVED** that the Authorized Representative is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as the Authorized Representative may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Representative may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**RESOLVED** that the Company, through its Authorized Representative, is authorized to: (i) retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) retain on behalf of the Company such other professionals that the Authorized Representative deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**RESOLVED**, that the Authorized Representative of the Company is hereby authorized, empowered and directed to do all things and to take all actions which the Authorized Representative may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**RESOLVED**, that any and all actions previously taken by any member, manager, employee or agent of the Company regarding or related to the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

**RESOLVED** that the foregoing resolutions shall be effective as of the date hereof and shall not be subject to Section 6.04(b) of the Operating Agreement of the Company dated April 16, 2015.

**IN WITNESS WHEREOF**, the undersigned have executed this Consent on May <u>8th</u>, 2020.

_____
Oscar A. Roger, Manager

Multi Assistance Services, Inc., Member

By: _____
Its: _____VP_____

College Park Group, LLC, Member

By: _____
Its: Manager

RDG Midtown, LLC, Member

By: _____
Its: Manager

_____
Antonio M. Sierra, Member

3

# United States Bankruptcy Court
## Southern District of Florida

In re: **Midtown Campus Properties, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 8, 2020**

**/s/ Oscar A. Roger**
**Oscar A. Roger/Authorized Officer**
Signer/Title

305 Power Corp.
7918 SW 165th Ct.
Miami, FL 33193


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Advanced Reprographics, Inc.
2207-A NW 13th St
Gainesville, FL 32609


Alachua County
12 SE 1st Street
Gainesville, FL 32601


Argos USA LLC
2858 Sidney Ave
Orlando, FL 32810


Asset Campus Housing
950 Corbindale Rd.
Suite 300
Houston, TX 77024


AT&T
Bankruptcy Dept.
PO Box 309
Portland, OR 97207


AVP Construction Inc.
18338 NW 68th Ave.
Unit J
Hialeah, FL 33015


Becker & Poliakoff, P.A.
1 E. Broward Blvd.
#1800
Fort Lauderdale, FL 33301


Bob Barricades
921 Shotgun Road.
Fort Lauderdale, FL 33326

Bozeman Services
7499 NE 132nd Place
Eastlake Weir, FL 32133


Brooks Building Solutions
4501 Beverly Ave.
Jacksonville, FL 32210


C. David Coffey, P.A.
300 E. University Ave.
Suite 110
Gainesville, FL 32601


C.E. Windows & Doors
9500 E. Calusa Club Dr.
Miami, FL 33186


Capital Steel, Inc.
6260 S Tex Point
Delray Beach, FL 33448


Carolinas Construction Solutions
PO Box 791638
Charlotte, NC 28206


Cellucrete Corporation
11905 NW 99th Ave.
Hialeah, FL 33018


Century Plumbing Wholesale, Inc.
901 SW 69th Ave.
Miami, FL 33144


Champ Plumbing Corp.
3555 NW 52nd St.
Miami, FL 33142


Chofers.com
4815 NW 79th Ave.
#6
Miami, FL 33166


City Electric Supply Company
PO Box 609521
Orlando, FL 32860-9521

City of Gainesville
200 E. University Ave.
Gainesville, FL 32601


City of Miami
444 SW 2 Ave
Miami, FL 33130


Clay Electric Cooperative, Inc.
11530 NW 39th Ave.
Gainesville, FL 32606


College Park Group, LLC
782 NW 42nd Ave.
Suite 550
Miami, FL 33126


Composite Construction Systems, Inc.
5300 Transport Blvd.
Columbus, GA 31907


Cox Communications, Inc.
PO Box 771906
Detroit, MI 48277


CRQ Florida, Inc.
dba Blue Furniture Solutions
16518 SW 6th St
Hollywood, FL 33027


Deluxe for Business
PO Box 742572
Cincinnati, OH 45274


Direct Plus, LLC
806 Douglas Rd.
Suite 900
Miami, FL 33134


Door One USA
2011 NE 31st Ave.
Gainesville, FL 32609

```
Espirito Santo Graphics
275 University Dr.
Miami, FL 33134


Fabulous Cleaning Services Inc.
8230 NW 112th Place
Bronson, FL 32621


Federal Express
POB 660481
Dallas, TX 75266-0481


Federal Insurance Company
202B Hall's Mill Road
PO Box 1650
Whitehouse Station, NJ 08889


Ferguson Enterprises, LLC
PO Box 100286
Atlanta, GA 30384


Fidelity Title Insurance Company
9100 Dadeland Blvd.
Suite 904
Miami, FL 33156


First Insurance Funding Corp.
POB 7000
Carol Stream, IL 60197


Florida Coatings Pro, LLC
7461 SW 56th St.
Miami, FL 33155


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100


Fraste Construction Corp.
12805 SW 84th Ave Rd
Miami, FL 33156
```

```
Gale Insulation
14501 NW 57th Ave
Unit 109
Opa Locka, FL 33054


Gator Gypsum, Inc.
PO Box 930189
Atlanta, GA 31193


Graybar
1015 S. Main St.
Gainesville, FL 32601


Greco Aluminum Railings
9410 Eden Ave.
Hudson, FL 34667


Greenberg Traurig, P.A.
Attn:  Ricardo Fraga, Esq.
333 SE 2nd Ave.
Suite 4400
Miami, FL 33131


GRU
301 SE 4th Ave.
Gainesville, FL 32601


HD Supply Construction & Industrial
11416 NW Hwy 441
Gainesville, FL 32653


Hicks Asphalt Paving & Concrete
6758 SW CR 344
Bell, FL 32619


Holman, Inc.
1225 Ellis Rd. S
Jacksonville, FL 32205


Interior/Exterior Building Supply, LP
727 S. Cortez St.
New Orleans, LA 70119
```

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


Jago Drywall and Framing 777, Inc.
3461 SW 2nd Ave.
Apt 416
Gainesville, FL 32607


JC Pro Builder's, LLC
1504 NW 4th St
Gainesville, FL 32601


John's Creek Florida Remodeling, LLC
10360 Medlock Bridge Rd.
Suite F
Duluth, GA 30097


Joseph 305 Windows
631 NW 177th St.
Miami, FL 33169


JSC Systems, Inc.
5021 Steep Ave.
Jacksonville, FL 32216


Lawn Enforcement Agency, Inc.
4802 SW 85th Ave.
Gainesville, FL 32608


LP Construction, Inc.
3150 SW 7th St.
Ocala, FL 34474


Magnolia Drywall, LLC
3003 NW 128th Rd.
Gainesville, FL 32609


Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130

Mogas Investment, Inc.  
2627 NW 43rd St.  
Suite 300  
Gainesville, FL 32606  


Multi Assistance Services, Inc.  
8950 SW 74th Court  
24th Floor  
Miami, FL 33156  


One Stop Painting & Flooring, Inc.  
PO Box 5054  
Ocala, FL 34478  


Parking Boxx  
761 Main St. E  
Unit 4  
Milton, ON L9T 3Z3  


Pedreiras, Inc.  
c/o Mark E. Buechele, Esq.  
PO Box 552135  
Fort Lauderdale, FL 33355  


PGAL  
3131 Briarpark, Suite 200  
Houston, TX 77042  


Premier Plumbing and Leak  
Detection, LLC  
4605 NW 6th St.  
Suite F  
Gainesville, FL 32609  


RDG Midtown, LLC  
782 NW 42nd Ave.  
Suite 550  
Miami, FL 33126  


Rise & Shine Blinds  
19501 W Country Club Dr.  
#2615  
Gainesville, FL 32609

Roger Benedeti  
c/o Mark E. Buechele, Esq.  
PO Box 552135  
Fort Lauderdale, FL 33355

Roofing & Renovation of Florida LLC  
1440 Massaro Blvd.  
Tampa, FL 33619

Roofing & Renovations of Florida  
13423 Little Gem Cir.  
Fort Myers, FL 33913

Sauer Incorporated  
11223 Phillips Pkwy Dr. E  
Jacksonville, FL 32256

Securities And Exchange Commission  
3475 Lenox Road N.E. # 1000  
Atlanta, GA 30326-1232

Signal 88 LLC  
PO Box 8246  
Omaha, NE 68108

Simpson Gumpertz & Heger  
480 Totten Pond Rd.  
Waltham, MA 02451

Southeastern Concrete Plumbing, Inc.  
2303 SW 112th St.  
Gainesville, FL 32607

Speedy Concrete Cutting, Inc.  
2579 NW 19th St.  
Fort Lauderdale, FL 33311

St. Augustine Parish Land, LLC  
1738 W. University Ave.  
Gainesville, FL 32603

Strickland Supplies, Inc.  
8355 Arlington Expressway  
Jacksonville, FL 32211

Sunpass Operations
POB 613069
Ocoee, FL 34761


Team Kodiak Electrical Solutions, Inc.
9 Olive Circle
Ocala, FL 34472


The Bosch Group, Inc.
1931 NW 150th Ave.
Suite 110
Hollywood, FL 33028


United States Trustee - Miami
51 SW 1st Ave # 1204
Miami, FL 33130


Universal Engineering Services
PO Box 25316
Tampa, FL 33622


US Attorneys' Office
99 NE 4th St
Miami, FL 33132


US Bank Global Corporate Trust
225 E. Robinson St.
Suite 250
Orlando, FL 32801


Waste Pro
PO Box 865189
Orlando, FL 32886


Zimmer Construction Consultants, P.A.
129 NW 13th St #20
Boca Raton, FL 33432