| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Midtown Campus Properties, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sauer Incorporated 11223 Phillips Pkwy Dr. E Jacksonville, FL 32256** | | **General Contractor** **Net of deductive change orders in the amount of $2,047,438.63 (estimated)** | **Unliquidated Disputed Subject to Setoff** | | | $820,983.37 |
| **305 Power Corp. 7918 SW 165th Ct. Miami, FL 33193** | | | | | | $0.00 |
| **ADT Security Services PO Box 371878 Pittsburgh, PA 15250-7878** | | | | | | $0.00 |
| **Advanced Reprographics, Inc. 2207-A NW 13th St Gainesville, FL 32609** | | | | | | $0.00 |
| **Argos USA LLC 2858 Sidney Ave Orlando, FL 32810** | | | | | | $0.00 |
| **Asset Campus Housing 950 Corbindale Rd. Suite 300 Houston, TX 77024** | | **Leasing Agent** | | | | $0.00 |
| **AT&T Bankruptcy Dept. PO Box 309 Portland, OR 97207** | | | | | | $0.00 |
| **AVP Construction Inc. 18338 NW 68th Ave. Unit J Hialeah, FL 33015** | | | | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Midtown Campus Properties, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Becker & Poliakoff, P.A.**<br>**1 E. Broward Blvd.**<br>**#1800**<br>**Fort Lauderdale, FL 33301** | | | | | | **$0.00** |
| **Bob Barricades**<br>**921 Shotgun Road.**<br>**Fort Lauderdale, FL 33326** | | | | | | **$0.00** |
| **Bozeman Services**<br>**7499 NE 132nd Place**<br>**Eastlake Weir, FL 32133** | | | | | | **$0.00** |
| **Brooks Building Solutions**<br>**4501 Beverly Ave.**<br>**Jacksonville, FL 32210** | | | | | | **$0.00** |
| **C. David Coffey, P.A.**<br>**300 E. University Ave.**<br>**Suite 110**<br>**Gainesville, FL 32601** | | | | | | **$0.00** |
| **C.E. Windows & Doors**<br>**9500 E. Calusa Club Dr.**<br>**Miami, FL 33186** | | | | | | **$0.00** |
| **Capital Steel, Inc.**<br>**6260 S Tex Point**<br>**Delray Beach, FL 33448** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Capital Steel, Inc.**<br>**6260 S Tex Point**<br>**Delray Beach, FL 33448** | | | | | | **$0.00** |
| **Carolinas Construction Solutions**<br>**PO Box 791638**<br>**Charlotte, NC 28206** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Cellucrete Corporation**<br>**11905 NW 99th Ave.**<br>**Hialeah, FL 33018** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Century Plumbing Wholesale, Inc.**<br>**901 SW 69th Ave.**<br>**Miami, FL 33144** | | | | | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Midtown Campus Properties, LLC**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Champ Plumbing Corp.** **3555 NW 52nd St.** **Miami, FL 33142** | | | | **Unknown** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy