UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MIDTOWN CAMPUS PROPERTIES, LLC                    Chapter 11

    Debtor.                                                                Case No.  1:20bk15173-RAM

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that:

    Alberta L. Adams
    MILLS PASKERT DIVERS
    100 North Tampa Street, Suite 3700
    Tampa, Florida  33602
    (813) 229-3500 Telephone
    (813) 229-3502 Facsimile

hereby enters her appearance in this case as counsel for FCCI Insurance Company ("FCCI").

Pursuant to Rules 2002(g) and (i), 4001, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure, and the Local Rules for this Court, the undersigned hereby requests that she be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments, and orders in this case be sent to her.

This Notice of Appearance and Request for Service is submitted for the limited purpose of receiving copies of all notices, pleadings, judgments, and orders in this case. By submitting this Notice of Appearance and Request for Service, FCCI is not consenting

or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and FCCI expressly reserves the right to contest to the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which it may be a party.

MILLS PASKERT DIVERS

*/s/ Alberta L. Adams*
ALBERTA L. ADAMS
Florida Bar No. 80063
aadams@mpdlegal.com
100 North Tampa St., Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502
*Attorneys for FCCI Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provided electronic notice to all counsel of record.

*/s/ Alberta L. Adams*
Attorney
