

**ORDERED in the Southern District of Florida on June 16, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MIDTOWN CAMPUS PROPERTIES, LLC,** | **Case No. 20-15173-RAM** |
| **Debtor.** _____/ | |

**FINAL ORDER PURSUANT TO 11 U.S.C. § 327(a) AUTHORIZING EMPLOYMENT OF BECKER & POLIAKOFF, AS SPECIAL CONSTRUCTION COUNSEL PURSUANT TO SECTIONS 327(E) AND 328(A) OF THE BANKRUPTCY CODE EFFECTIVE AS OF MAY 8, 2020**

**THIS CASE** came before the Court on **June 15, 2020 at 10:00 a.m**. upon the application (the "Application") of MIDTOWN CAMPUS PROPERTIES, LLC (the "Debtor") for entry of a final order, pursuant to sections 327(e) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Florida (the "Local Rules"), authorizing the Debtor to employ and retain William H. Strop ("Strop") and the law firm of Becker & Poliakoff, P.A. ("B&P") as special construction counsel to the Debtor effective as of May 8, 2020 [ECF No. 18]. The Court, finding that good, adequate and sufficient cause has been shown to justify the entry of this order; it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Application and the Declaration of William H. Strop attached to the Application (the "Strop Declaration"); having entered an interim order, dated May 26, 2020 [ECF No. 45] on the Application; and the Court being satisfied based on the representations made in the Application and the Strop Declaration that Strop and B&P do not hold or represent an interest adverse to the Debtor's estate on the matters for which they are being employed; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED** as follows:

1. The Application is **GRANTED** on a final basis, effective as of May 8, 2020.

2. None of the disclosures or representations set out in the Strop Declaration constitutes or represents an interest adverse to the Debtor's estate on the matters for which the Debtor seeks to retain Strop and B&P in this Chapter 11 case.

3. The Debtor is authorized to employ and retain B&P as its special construction counsel in this Chapter 11 case in accordance with the terms and conditions set forth in the Application and this Final Order.

4. B&P shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 case in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines for Fee Applications and other applicable procedures and orders of this Court.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Order in accordance with the Application and the record.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Final Order

# # #

**SUBMITTED BY:**
Paul J. Battista, Esq
Genovese Joblove & Battista, P.A.
Counsel to Debtor-in-Possession
100 S.E. Second Street, 44th Floor
Miami, FL 33131
(305) 349-2300 (p)
pbattista@gjb-law.com


**Copies Furnished to:**
Paul J. Battista, Esq.
[Attorney Battista is directed to serve a conformed copy of this Order on all parties in interest]