UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

MIDTOWN CAMPUS PROPERTIES, LLC,                      Case No. 20-15173-RAM

     Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the *Second Interim Order (I) Authorizing Maintenance of Certain Existing Bank Accounts and Cash Management System (II) Waiving Certain U.S. Trustee Requirements in Connection Therewith (III) Extension of Time to Comply with the Investment Guidelines of Section 345(B) (IV) Granting Related Relief and (V) Setting Final Hearing* [ECF No. 87] and *Second Interim Order Granting Debtor's Emergency Motion (I) for Authorization to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. Sections 105, 361, 362 and 364, Pursuant to 11 U.S.C. Sections 361 and 507 and (III) Scheduling a Final Hearing Under Bankruptcy Rule 4001* [ECF No. 88] was served via CM/ECF upon all interested parties registered to receive electronic notification on this matter (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached mailing matrix on this 18th day of June, 2020.

Dated: June 18, 2020.

                                **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                *Attorneys for Debtor-in-Possession*
                                100 Southeast Second Street, Suite 4400
                                Miami, Florida 33131
                                Telephone: (305) 349-2300
                                Facsimile:  (305) 349-2310

                                By: /s *Paul J. Battista*

                                                Paul J. Battista, Esq.
                                                Florida Bar No. 884162
                                                pbattista@gjb-law.com
                                                Mariaelena Gayo-Guitian, Esq.
                                                Florida Bar No. 813818
                                                mguitian@gjb-law.com
                                                Heather L. Harmon
                                                Florida Bar No. 13192
                                                hharmon@gjb-law.com

## **SERVICE LIST**

*Served Via U.S. Mail to parties on the attached mailing matrix.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-15173-RAM<br>Southern District of Florida<br>Miami<br>Thu Jun 18 13:44:21 EDT 2020 | BMI Financial Group, Inc.<br>c/o Salazar Law<br>2000 Ponce de Leon Boulevard, Penthouse<br>Coral Gables, FL 33134-4422 | FCCI Insurance Company<br>c/o Alberta L. Adams<br>Mills Paskert Divers<br>100 North Tampa Street Suite 3700<br>Tampa, FL 33602-5835 |
| Midtown Campus Properties, LLC<br>782 NW 42nd Ave.<br>Suite 550<br>Miami, FL 33126-5548 | Sauer, Inc<br>c/o Shawde & Eaton, P.L.<br>1792 Bell Tower Lane<br>Weston, FL 33326-3682 | Southern Furniture Leasing, Inc.<br>1600 Capital Circle SW<br>Tallahassee, Fl 32310-9246 |
| 305 Power Corp.<br>7918 SW 165th Ct.<br>Miami, FL 33193-5818 | ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | AT&T<br>Bankruptcy Dept.<br>PO Box 309<br>Portland, OR 97207 |
| AVP Construction Inc.<br>18338 NW 68th Ave.<br>Unit J<br>Hialeah, FL 33015-3431 | Advanced Reprographics, Inc.<br>2207-A NW 13th St<br>Gainesville, FL 32609-3453 | Alachua County<br>12 SE 1st Street<br>Gainesville, FL 32601-6826 |
| Argos USA LLC<br>2858 Sidney Ave<br>Orlando, FL 32810-5134 | Asset Campus Housing<br>950 Corbindale Rd.<br>Suite 300<br>Houston, TX 77024-2849 | Becker & Poliakoff, P.A.<br>1 E. Broward Blvd.<br>#1800<br>Fort Lauderdale, FL 33301-1876 |
| Bob Barricades<br>921 Shotgun Road.<br>Fort Lauderdale, FL 33326-1983 | Bozeman Services<br>7499 NE 132nd Place<br>Eastlake Weir, FL 32133 | Brooks Building Solutions<br>4501 Beverly Ave.<br>Jacksonville, FL 32210-2006 |
| C. David Coffey, P.A.<br>300 E. University Ave.<br>Suite 110<br>Gainesville, FL 32601-3460 | C.E. Windows & Doors<br>9500 E. Calusa Club Dr.<br>Miami, FL 33186-1816 | CRQ Florida, Inc.<br>dba Blue Furniture Solutions<br>16518 SW 6th St<br>Hollywood, FL 33027 |
| Capital Steel, Inc.<br>6260 S Tex Point<br>Delray Beach, FL 33448 | Carolinas Construction Solutions<br>PO Box 791638<br>Charlotte, NC 28206-7926 | Cellucrete Corporation<br>11905 NW 99th Ave.<br>Hialeah, FL 33018-2937 |
| Century Plumbing Wholesale, Inc.<br>901 SW 69th Ave.<br>Miami, FL 33144-4730 | Champ Plumbing Corp.<br>3555 NW 52nd St.<br>Miami, FL 33142-3242 | Chofers.com<br>4815 NW 79th Ave.<br>#6<br>Miami, FL 33166-5437 |
| City Electric Supply Company<br>PO Box 609521<br>Orlando, FL 32860-9521 | City of Gainesville<br>200 E. University Ave.<br>Gainesville, FL 32601-3400 | City of Miami<br>444 SW 2 Ave<br>Miami, FL 33130-1910 |

| | | |
|---|---|---|
| Clay Electric Cooperative, Inc.<br>11530 NW 39th Ave.<br>Gainesville, FL 32606-4905 | College Park Group, LLC<br>782 NW 42nd Ave.<br>Suite 550<br>Miami, FL 33126-5548 | Composite Construction Systems, Inc.<br>5300 Transport Blvd.<br>Columbus, GA 31907-1918 |
| Cox Communications, Inc.<br>PO Box 771906<br>Detroit, MI 48277-1906 | Deluxe for Business<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | Direct Plus, LLC<br>806 Douglas Rd.<br>Suite 900<br>Miami, FL 33134-2090 |
| Door One USA<br>2011 NE 31st Ave.<br>Gainesville, FL 32609-2506 | Espirito Santo Graphics<br>275 University Dr.<br>Miami, FL 33134-6732 | Fabulous Cleaning Services Inc.<br>8230 NW 112th Place<br>Bronson, FL 32621 |
| Federal Express<br>POB 660481<br>Dallas, TX 75266-0481 | Federal Insurance Company<br>202B Hall's Mill Road<br>PO Box 1650<br>Whitehouse Station, NJ 08889-1650 | Ferguson Enterprises, LLC<br>PO Box 100286<br>Atlanta, GA 30384-0286 |
| Fidelity Title Insurance Company<br>9100 Dadeland Blvd.<br>Suite 904<br>Miami, FL 33156-7826 | First Insurance Funding Corp.<br>POB 7000<br>Carol Stream, IL 60197-7000 | Florida Coatings Pro, LLC<br>7461 SW 56th St.<br>Miami, FL 33155-5505 |
| Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 | Fraste Construction Corp.<br>12805 SW 84th Ave Rd<br>Miami, FL 33156-6514 | GRU<br>301 SE 4th Ave.<br>Gainesville, FL 32601-6857 |
| Gale Insulation<br>14501 NW 57th Ave<br>Unit 109<br>Opa Locka, FL 33054-2375 | Gator Gypsum, Inc.<br>PO Box 930189<br>Atlanta, GA 31193-0189 | Graybar<br>1015 S. Main St.<br>Gainesville, FL 32601-7926 |
| Greco Aluminum Railings<br>9410 Eden Ave.<br>Hudson, FL 34667-5202 | Greenberg Traurig, P.A.<br>Attn:  Ricardo Fraga, Esq.<br>333 SE 2nd Ave.<br>Suite 4400<br>Miami, FL 33131-3238 | HD Supply Construction & Industrial<br>11416 NW Hwy 441<br>Gainesville, FL 32653-8006 |
| Hicks Asphalt Paving & Concrete<br>6758 SW CR 344<br>Bell, FL 32619-1803 | Holman, Inc.<br>1225 Ellis Rd. S<br>Jacksonville, FL 32205-6311 | Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119-6908 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JC Pro Builder's, LLC<br>1504 NW 4th St<br>Gainesville, FL 32601-4225 |

| | | |
|---|---|---|
| JSC Systems, Inc.<br>5021 Steep Ave.<br>Jacksonville, FL 32216-6085 | Jago Drywall and Framing 777, Inc.<br>3461 SW 2nd Ave.<br>Apt 416<br>Gainesville, FL 32607-2890 | John's Creek Florida Remodeling, LLC<br>10360 Medlock Bridge Rd.<br>Suite F<br>Duluth, GA 30097-5927 |
| Johns Creek Remodeling, LLC<br>c/o Thomas McDermott Esq.,<br>901 NW 8th Avenue<br>Suite B-17<br>Gainesville, FL 32601-5089 | Joseph 305 Windows<br>631 NW 177th St.<br>Miami, FL 33169-6981 | LP Construction, Inc.<br>3150 SW 7th St.<br>Ocala, FL 34474-1961 |
| Lawn Enforcement Agency, Inc.<br>4802 SW 85th Ave.<br>Gainesville, FL 32608-5263 | Magnolia Drywall, LLC<br>3003 NW 128th Rd.<br>Gainesville, FL 32609-4003 | Miami-Dade County Tax Collector<br>140 West Flagler Street<br>Room 101<br>Miami, FL 33130-1559 |
| Mogas Investment, Inc.<br>2627 NW 43rd St.<br>Suite 300<br>Gainesville, FL 32606-7484 | Multi Assistance Services, Inc.<br>8950 SW 74th Court<br>24th Floor<br>Miami, FL 33156-3171 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| One Stop Painting & Flooring, Inc.<br>PO Box 5054<br>Ocala, FL 34478-5054 | PGAL<br>3131 Briarpark, Suite 200<br>Houston, TX 77042-3793 | Parking Boxx<br>761 Main St. E<br>Unit 4<br>Milton, ON L9T 3Z3 |
| Pedreiras, Inc.<br>c/o Mark E. Buechele, Esq.<br>PO Box 552135<br>Fort Lauderdale, FL 33355-2135 | Premier Plumbing and Leak<br>Detection, LLC<br>4605 NW 6th St.<br>Suite F<br>Gainesville, FL 32609-1772 | RDG Midtown, LLC<br>782 NW 42nd Ave.<br>Suite 550<br>Miami, FL 33126-5548 |
| Rise & Shine Blinds<br>19501 W Country Club Dr.<br>#2615<br>Gainesville, FL 32609 | Roger Benedeti<br>c/o Mark E. Buechele, Esq.<br>PO Box 552135<br>Fort Lauderdale, FL 33355-2135 | Roofing & Renovation of Florida LLC<br>1440 Massaro Blvd.<br>Tampa, FL 33619-3006 |
| Roofing & Renovations of Florida<br>13423 Little Gem Cir.<br>Fort Myers, FL 33913-7924 | Sauer Incorporated<br>11223 Phillips Pkwy Dr. E<br>Jacksonville, FL 32256-1574 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 |
| Signal 88 LLC<br>PO Box 8246<br>Omaha, NE 68108-0246 | Simpson Gumpertz & Heger<br>480 Totten Pond Rd.<br>Waltham, MA 02451-1908 | Southeastern Concrete Plumbing, Inc.<br>2303 SW 112th St.<br>Gainesville, FL 32607-1227 |
| Speedy Concrete Cutting, Inc.<br>2579 NW 19th St.<br>Fort Lauderdale, FL 33311-3406 | St. Augustine Parish Land, LLC<br>1738 W. University Ave.<br>Gainesville, FL 32603-1839 | Strickland Supplies, Inc.<br>8355 Arlington Expressway<br>Jacksonville, FL 32211-6364 |

| | | |
|---|---|---|
| Sunpass Operations<br>POB 613069<br>Ocoee, FL 34761-3069 | Team Kodiak Electrical Solutions, Inc.<br>9 Olive Circle<br>Ocala, FL 34472-3109 | The Bosch Group, Inc.<br>1931 NW 150th Ave.<br>Suite 110<br>Hollywood, FL 33028-2873 |
| Thomas McDermott<br>901 NW 8th Avenue, Suite B-17<br>Suite B-17<br>Gainesville, FL 32601-5089 | US Attorneys' Office<br>99 NE 4th St<br>Miami, FL 33132-2145 | US Bank Global Corporate Trust<br>225 E. Robinson St.<br>Suite 250<br>Orlando, FL 32801-4309 |
| United States Trustee - Miami<br>51 SW 1st Ave # 1204<br>Miami, FL 33130-1614 | Universal Engineering Services<br>PO Box 25316<br>Tampa, FL 33622-5316 | Waste Pro<br>PO Box 865189<br>Orlando, FL 32886-5218 |
| Zimmer Construction Consultants, P.A.<br>129 NW 13th St #20<br>Boca Raton, FL 33432-1635 | Callie E Waers<br>MARTIN HILD P.A.<br>555 Winderley Place, Suite 415<br>Maitland, FL 32751-7133 | Heather L Harmon Esq<br>100 S.E 2 St #4400<br>Miami, FL 33131-2118 |
| Mariaelena Gayo-Guitian<br>200 E. Broward Blvd # 1110<br>Ft Lauderdale, FL 33301-3535 | Paul J. Battista Esq<br>100 SE 2 St #4400<br>Miami, FL 33131-2118 | Soneet R Kapila<br>1000 S. Federal Highway<br>Suite 200<br>Fort Lauderdale, FL 33316-1237 |
| William H. Strop<br>1 E Broward Blvd #1800<br>Ft. Lauderdale, FL 33301-1876 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Po Box 21126<br>Philadelphia, PA 19114 | Securities And Exchange Commission<br>3475 Lenox Road N.E. # 1000<br>Atlanta, GA 30326-1232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association, as Truste | (u)Miami | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     2<br>Total                107 |