**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

IN RE:

                                                    Case No. 20-15173-RAM

MIDTOWN CAMPUS PROPERTIES, LLC,

    Debtor.                                                       Chapter 11 Case

_____/

## SAUER, INCORPORATED'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION (D.E. 90)

      Creditor Sauer, Incorporated ("Sauer") hereby gives notice of its withdrawal of Sauer's *Emergency Motion for Authorization to Immediately Stop Working on the Project* (the "Motion")(D.E. 90).  Sauer received confirmation of the wire being sent from counsel for the Debtor, and from Sauer's bank as to the receipt of the Debtor's required wire payment, after the Motion was filed.

      Dated:  June 22, 2020

                                                              Respectfully submitted,
                                                              **SHAWDE & EATON, P.L.**
                                                              1792 Bell Tower Lane
                                                              Weston, Florida 33326
                                                             Telephone:  (954) 376-3176

                                                   By:  */s/ John D. Eaton*
                                                          John D. Eaton
                                                          Florida Bar No. 861367
                                                          jeaton@shawde-eaton.com

                                                           **and**

Callie E. Waers
(pro hac vice admission)
**MARTIN HILD P.A.**
555 Winderley Place, Suite 415
Maitland, FL 32751
Telephone: (407) 660-4488
Email: cew@martinhild.com

*Attorneys for Creditor Sauer, Incorporated*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of June, 2020, a true and correct copy of the foregoing Notice was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case.

By: */s/ John D. Eaton*
     John D. Eaton