**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

Midtown Campus Properties, LLC,                    Case No. 20-15173-RAM
                                                   Chapter 11

      Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

TO ALL PARTIES, PLEASE TAKE NOTICE:

The undersigned and the law firm of Ausley McMullen appear as counsel for ASSET CAMPUS USA, LLC pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

Robert N. Clarke
Ausley McMullen
123 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
Telephone (850) 224-9115
Facsimile (850) 222-7560
rclarke@ausley.com

RESPECTFULLY SUBMITTED this 14th day of July, 2020.

                                                */s/ Robert N. Clarke*
                                                Robert N. Clarke
                                                Florida Bar No. 0592900
                                                Ausley McMullen
                                                123 South Calhoun Street
                                                Tallahassee, Florida 32301
                                                (850)224-9115; Fax (850)222-7560
                                                rclarke@ausley.com

                                                *Attorney for Asset Campus USA, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the CM/ECF System to those registered thereto in the above-styled bankruptcy proceeding on this 14th day of July, 2020 and the following via electronic notice or by standard first-class mail:

Paul J. Battista (pbattista@gib-law.com)
Mariaelena Gayo-Guitian (mguitian@gib-law.com)
Heather L. Harmon (HHarmon@gib-law.com)
Christine Vilaboa-Abel (eservice@cavalegal.com)
Luis Salazar (Luis@Salazar.Law)
Alberta L. Adams (aadams@mpdlegal.com)
Steven D. Schneiderman (Steven.D.Schneiderman@usdoj.gov)
John D. Eaton (jeaton@shawde-eaton.com)
Callie Elizabeth Waers (cew@martinhild.com)
Dixie Daimwood (dixie@dunlapshipman.com)
Dana Lee Robbins (drobbins@burr.com)
Jesse E. Summers (esummers@burr.com)
U.S. Trustee (USTPRegion21.MM.ECF@usdoj.gov)
Soneet R. Kapila, via U.S. Mail at 1000 S. Federal Highway, Suite 200, Fort Lauderdale, Florida 33316
Midtown Campus Properties, LLC via U.S. Mail at 782 NW 42nd Ave., Suite 550, Miami, Florida 33126

                                        */s/ Robert N. Clarke*
                                        Attorney