```
                                          RECORDED IN OFFICIAL RECORDS
                                        INSTRUMENT # 3264493      2   PG(S)
                                                  6/15/2020 2:28 PM
                                          BOOK  4785         PAGE  258
Return to and prepared by:        )              J.K. JESS IRBY, ESQ.
Thomas McDermott                  )       Clerk of the Court, Alachua County, Florida
901 NW 8th Avenue, Suite B-17     )       ERECORDED            Receipt #   953939
Gainesville FL 32601              )           Doc Stamp-Mort: $0.00
                                  )           Doc Stamp-Deed: $0.00
                                  )               Intang. Tax: $0.00
                                  )
                                  )
                                  )
                                  )
_____Space above this line for processing data_____Space above this line for recording data_____
```

WARNING!

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## CLAIM OF LIEN

**State of Florida**
**County of Alachua**

Before me, the undersigned notary public, personally appeared Dacia Russell, who was duly sworn and says that she is the agent of the lienor herein, **Johns Creek Remodeling, LLC**, whose address is 10360 Medlock Bridge Rd., Suite F, Johns Creek, GA, 30097; and that in accordance with a contract with **Midtown Campus Properties, LLC**, lienor furnished labor and services, consisting of drywall and general construction work, on the following described real property in Alachua County, Florida:

> That certain 99-Year Ground Lease of Lots 3 through 16, College Park Subdivision, Plat Book A Page 9, Alachua County Florida, less parcel "C" as described in the Ground Lease; as evidenced by that certain Memorandum of 99-Year Ground Lease recorded as Instrument #2437271, Book 3803 Page 1039, in the public records of Alachua County Florida; and that certain Assignment and Assumption of Ground Lease, recorded as Instrument #2950786, Book 4379 Page 1943, in the public records of Alachua County Florida.
>
> Address: 104 NW 17th St, Gainesville, FL 32603

Said parcel is owned by **Midtown Campus Properties, LLC**

The total value of the labor and services was $180,580.95, of which there remains unpaid $102,061.09. Lienor furnished the first of the items on or about April 1, 2020, and the last of the items on or about June 1, 2020.

By *(signature)* Dacia Russell
Dacia Russell
Agent for Johns Creek Remodeling, LLC

Sworn to and subscribed before me this 15-TH day of June, 2020 by Dacia Russell, who is personally known to me.

THOMAS MCDERMOTT
Commission # GG 309476
Expires March 10, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

Thomas McDermott
Notary Public