```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 3266069  1 PG(S)
June 23, 2020  01:43:57 PM
       Book 4787 Page 417
J.K. JESS IRBY, ESQ. Clerk Of Court
     ALACHUA COUNTY, Florida
```

Prepared by and return to:
William H. Strop, Esq.
Becker & Poliakoff, P.A.
1 E. Broward Blvd., Ste. 1800
Fort Lauderdale, FL 33301



## NOTICE OF CONTEST OF LIEN

TO:   Johns Creek Remodeling, LLC
      Attn: Dacia Russell
      10360 Medlock Bridge Rd., Suite F
      Johns Creek, GA 30097

You are notified that the undersigned contests the claim of lien filed by you on June 15, 2020, and recorded in Book 4785, Page 258, of the public records of Alachua County, Florida, and that the time within which you may file suit to enforce your lien is limited to 60 days from the date of service of this notice.

June 18, 2020.

                              MIDTOWN CAMPUS PROPERTIES, LLC

                              By _____
                                 Oscar A. Roger, Manager
                                 782 NW 42nd Avenue, Suite 550
                                 Coral Gables, FL 33126

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. Regular-Mail/Certified Mail, Return Receipt Requested, to the above named claimant at the address shown above this 23rd day of June 2020.

J. K. "Jess" Irby, Esq.
Clerk of the Court

By _____
        Deputy Clerk

13352440v.4 RI 1069/373791