

**ORDERED in the Southern District of Florida on July 15, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re:                                         ) | CASE NO. 20-15173-RAM |
|                                                ) | CHAPTER  11 |
| MIDTOWN CAMPUS PROPERTIES, LLC,   ) |  |
|                                                ) |  |
|                                                ) |  |
|                    Debtor.          ) |  |
|                                                ) |  |
|                                                ) |  |

**ORDER SETTING BRIEFING**
**DEADLINE AND HEARING BY VIDEO**
**CONFERENCE ON MOTION FOR RELIEF FROM STAY**

The Court has reviewed a Motion for Relief from Stay Filed by
John's Creed Remodeling, LLC (the "Motion for Relief from Stay")
[DE# 118] and determined that a hearing by video conference should
be scheduled and a deadline imposed.  Therefore, it is -

    **ORDERED** as follows:

1.    The Court will conduct a non-evidentiary hearing on the Motion for Relief from Stay on **July 27, 2020**, at **10:00 a.m.**  The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2.    For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3.    To register for the video conference, click on the following link or manually enter the following link in a browser:

https://us02web.zoom.us/meeting/register/tZcqceqtqTguGtG_gFrc5Y_lpaiPIh2mAI8G

4.    The Debtor shall file a response to the Motion for Relief from Stay no later than July 23, 2020.

###

COPIES TO:

Paul J. Battista, Esq.
Thomas McDermott, Esq.

**(Attorney McDermott is directed to serve a copy of this Order on all other interested parties and file a Certificate of Service)**