

**ORDERED in the Southern District of Florida on July 17, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:                                                    Chapter 11

**MIDTOWN CAMPUS PROPERTIES, LLC,**           Case No. 20-15173-RAM

     **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S *ORE TENUS* MOTION TO
APPROVE FORM OF LETTER AND WAIVER OF AUGUST RENT**

     **THIS MATTER** came before the Court for a hearing, on **July 16, 2020 at 3:00 p.m.** ("Hearing") in Miami, Florida, upon *Asset Campus USA, LLC's Expedited/Emergency Motion To Set Expedited Deadline For Debtor To Assume or Reject Its Executory Contract Or, In The Alternative, For Relief From Automatic Stay To Terminate The Contract* [ECF No. 108](the "Motion"). At the Hearing, counsel for the Debtor made an *Ore Tenus* Motion seeking approval of Form Letter and Waiver of August Rent ("*Ore Tenus* Motion") in

connection with the filing of Motion. The Court finds that: (i) it has jurisdiction over the matters raised in the *Ore Tenus* Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the *Ore Tenus* Motion is in the best interest of the Debtor, its estate, creditors and other parties-in-interest; and (v) upon review of the record before the Court, including the statements made by counsel at the hearing, and for the reasons set forth on the record, which are incorporated herein by reference, good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** as follows:

1. The *Ore Tenus* Motion is **GRANTED**.

2. Asset Campus USA, LLC is authorized to disseminate the form letter attached hereto as **Exhibit "A"** to all prospective Residents of Midtown Apartments.

3. The Debtor is authorized to waive the August rent in full for those Residents choosing to delay commencement of the Lease Term to August 17, 2020.

4. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

###

Submitted by:
Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Debtors-in-Possession
100 Southeast Second Street, Suite 4400
Miami, FL 33131
Telephone: (305) 349-2300
pbattista@gjb-law.com
*(Attorney Battista is directed to serve a signed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court).*

<DATE>

Dear Midtown Resident,

The owner of Midtown has directed us to update you on the status of your lease at Midtown and your upcoming occupancy. Midtown understands that there may be some confusion and misinformation in the market concerning the status of your occupancy and the completion of construction of the Midtown project. Midtown wants to assure you that it is its goal to be fully transparent with you and keep everyone informed and up-to-date on the progress of its new community. Unfortunately, the owner recently experienced a delay in the completion of construction of Midtown due to several issues that converged at the same time. To that end, the owner was forced to file for reorganization under Chapter 11 of the Bankruptcy Code. However, the owner has since reached an agreement with a lender that has been funding the project, and as a result construction has continued towards completion. In addition, the owner has also engaged a new general contractor. However, due to certain delays with the project, we will be unable to accommodate your August 1, 2020 move-in date. Notwithstanding that delay, the owner's construction team has been working hard to complete construction on the first two Phases of the project and anticipates that Midtown will be ready for move-in on August 17, 2020. The owner is unable to provide you substitute living accommodations. Further, the owner does not anticipate the completion of Midtown's courtyard, lounge, and recreation center until later this fall. Midtown sincerely apologizes for any inconvenience that this news may bring. Midtown understands that you and your roommate(s) chose to make Midtown your home, for which Midtown is truly grateful. In an effort to make this delay as seamless as possible, Midtown is providing you the following two options:

1) <u>Delay Commencement of Your Lease Term</u>: With fall semester classes at the University of Florida scheduled to start on August 31st and at Santa Fe College on August 24th, we are giving all tenants the option of delaying the start date of their lease term until August 17th. If you chose this option, we will waive your August rent in full. Your first lease payment will be due September 1st. Please notify us by July 23, 2020 at 5:00 PM if you elect this option.

2) <u>Lease Termination</u>: If you are uncomfortable with the above option, then we will agree to terminate your 2020-2021 lease agreement in its entirety so long as you notify us in writing by no later than 5:00 PM EST on July 23, 2020. After this deadline, cancellation will no longer be an option. If you elect to terminate your lease, our leasing staff will be available to answer questions and assist in locating suitable alternate arrangements in the area if needed.

**If Midtown does not hear from you by the July 23rd deadline date, we will assume that you have elected to delay the commencement date of your lease term until August 17th as set forth in Option #1, above.**

Midtown will provide additional updates as necessary as more information pertaining to move-in becomes available in the upcoming weeks. If you, your roommate(s), or your parents have any

questions/concerns, please do not hesitate to contact office staff. Contact information and hours of operations are below for reference:

       **Leasing Office Phone Number:**
       **Email:**
       **Hours of Operation:**

*Sincerely,*