# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                                    **Chapter 11**

**MIDTOWN CAMPUS PROPERTIES, LLC,**              **Case No. 20-15173-RAM**

        **Debtor.**

_____/

**SUMMARY OF SECOND INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FIRM OF GARCIA, ESPINOSA, MIYARES, RODRIGUEZ, TRUEBA & COMPANY, LLP AS FINANCIAL ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR**

1. Name of Applicant:                       GEMRT, LLP

2. Role of Applicant:                       Financial Accountants for the Chapter 11 Debtor

3. Name of Certifying Professional:         Rafael A. Espinosa, CPA

4. Date Case Filed:                         May 8, 2020

5. Date of Retention Order:                 Interim Order approving retention entered on May 26, 2020 [ECF No. 43]. Final Order approving retention entered on June 17, 2020 [ECF No. 85]

6. Period for this Application:             January 1, 2021 through November 29, 2021

7. Amount of Compensation Sought:           $ 42,659.70 (plus holdbacks of $4,997.85 from the First Interim Fee Application )

8. Amount of Expense Reimbursement:         $ 0.00

9. Total Amount of Compensation Sought During Case              $ 67,648.95

10. Total Amount of Expense Reimbursement Sought During Case     $ 0.00

11. Amount of Original Retainer:            $ 0.00

12. Current Balance of Retainer Remaining:    $ 0.00

13. Last monthly operating report filed:    September 30, 2021 ECF No. 505

14. If case is Chapter 11, Current funds in
    Chapter 11 estate:    $3,275,283.00[1]

15. If case is Chapter 7, current funds held
    by Chapter 7 trustee:    N/A

---

1 Ending Balance as of September 30, 2021, pursuant to the Debtor's Standard Monthly Operating Report filed on October 22, 2021 [ECF No. 505].

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    **Chapter 11**

**MIDTOWN CAMPUS PROPERTIES, LLC,**          **Case No. 20-15173-RAM**

            Debtor.
_____/

**SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FIRM OF**
**GARCIA, ESPINOSA, MIYARES, RODRIGUEZ, TRUEBA & COMPANY, LLP. AS**
**FINANCIAL ACCOUNTANTS FOR THE CHAPTER 11 DEBTOR**

**GARCIA, ESPINOSA, MIYARES, RODRIGUEZ, TRUEBA & COMPANY, LLP**

("Applicant" or "GEMRTC"), as financial accountants for Midtown Campus Properties, LLC (the

"Debtor"), seeks approval and allowance of its fees and costs incurred during the period from

January 1, 2021 through November 29, 2021 (the "Application Period") pursuant to 11 U.S.C. §

330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the

Guidelines incorporated in Local Rule 2016-1(B).  The exhibits attached to this Application,

pursuant to the Guidelines, are:

        Exhibit "1" - Summary of Professional and Paraprofessional Time.

        Exhibit "3" -   GEMRTC's complete time records for the time period covered by this
                        Application.

**I.       RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND**
         **REQUESTED AWARD**

        By Final Order entered on October 2, 2020, the Court authorized the Debtor's retention of

GEMRTC as financial accountants.  GEMRTC's compensation is conditioned on approval by this

Court.  Accordingly, GEMRTC submits this Application for a final award of professional fees and

expenses incurred during the Application Period.  GEMRTC seeks hereunder a final award of

$42,659.70 in fees. The Applicant also requests authority for payment of $4,997.85 in holdbacks approved by the Court in the First Interim Fee Application [ECF No. 328]. Additionally, Applicant requests the authority to draw down the sum of $40,800.00 remaining in the GJB Escrow earmarked for Applicant.2 GEMRTC submits that the requested fee in the amount of $42,659.70 for 195 hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America,* 554 F.2d 1291 (5th Circuit 1977).

I.    **BACKGROUND**

1.    On May 8, 2020 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.    As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

3.    The Debtor is operating its business and managing its affairs as a debtor in possession pursuant to 11 U.S.C. §§1107(a) and 1108.

4.    For a detailed description of the Debtor, its operations and assets and liabilities, the Debtor respectfully refers the Court and parties-in-interest to the First Day Declaration [ECF No. 15].

5.    Since January 2016, GEMRTC has been the Debtor's outside certified public accounting firm, assisting the Debtor with its internal accounting, consultation of business matters and preparation of corporate tax returns.

---

2 Pursuant to that certain Interim and Final Orders of the Court [ECF Nos. 47, 88, 120, 171, 230, 247 and 264], the Debtor borrowed an aggregate amount of up to $5,200,000 from BMI Financial Group, Inc. for the period May through September 2020 (the "Original DIP Loan"). In connection with the Original DIP Loan, a total of $939,445 (the "DIP Professional Escrow Fund") was funded into GJB's trust account for payment of professionals fees and costs, of which $60,000 was earmarked for GEMRTC. After payment of the Interim Fee Award there remains a balance of $40,008 in the GJB Escrow available for payment the fees awarded to GEMRTC.

## II.        DESCRIPTION AND SUMMARY OF SERVICES PERFORMED

During the Application Period, GEMRTC performed a multitude of accounting services which were necessary to effectively represent the Debtor in this case, and which provided benefit to the Debtor.  The specific services rendered by GEMRTC during the Application Period are detailed in the firm's billing records attached hereto as Exhibit "3", and consists of assisting the company with the review, analysis and update of its internal accounting records, the preparation of reports needed with the preparation and filing of its monthly debtor in possession reports and preparation of its corporate tax returns.

## VI.  EVALUATION OF SERVICES RENDERED:
##      FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Debtor.  A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with this case.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.  First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code.  Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).  First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period

covered by this Application is in the amount of $42,659.70.

      A.    <u>Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors</u>.

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Debtor during the period covered by this Application.  The total number of hours expended (195) reveals the extensive time devoted to these matters by the Applicant.  The average hourly rate for the Applicant during the period covered by this Application is approximately $219.00.

      B.    <u>Novelty and Difficulty of Questions Presented</u>.

This case presents certain novel and difficult issues that exceed a typical bankruptcy proceeding.

      C.    <u>Skill Requisite to Perform Services Properly</u>.

In rendering services to the Debtor, Applicant demonstrated substantial skills and expertise in the area of consulting and expert services.

      D.    <u>Preclusion from Other Employment Due to Acceptance of Case</u>.

The Applicant's representation in this case did not preclude it from accepting other employment.

      E.    <u>Customary Fee</u>.

The hourly rates of the Applicant set forth in the attached exhibits reflect the hourly rates the Applicant bills to its clients in other similar bankruptcy cases.  This Court has approved these rates, as have other courts within and outside of this district, in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

      F.    <u>Whether Fee is Fixed or Contingent</u>.

The Applicant's compensation in this matter is subject to approval of the Court and

therefore contingent. The Court should consider this factor, which militates in favor of a fee in the amount requested. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent, bankruptcy cases.

       G.     Time Limitations Imposed by Client or Other Circumstances.

The circumstances of this case periodically imposed time constraints on the Applicant due to the necessity for rapid resolution of significant issues.

       H.     Experience, Reputation and Ability of Attorneys.

GEMRTC are experienced in matters of this kind and are well known in this Court.

       I.     "Undesirability" of Case.

This case was not undesirable. The Applicant is privileged to have the opportunity to represent the Debtor and appear before the Court in this proceeding.

       J.     Awards in Similar Cases.

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. The fees requested by the Applicant reflect an average hourly rate of approximately $219.00. Considering the results obtained in light of the contingent nature of the Applicant's employment, the infrequency of payment and the complexity of the issues addressed during the periods covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**VII.**    **CONCLUSION**

GEMRTC provided valuable services to the Debtor in this case. For this reason and all of the reasons set forth in this Application, GEMRTC seeks (i) an interim award of $42,659.70 in fees for services rendered during the Application Period.

**WHEREFORE,** the Applicant, GEMRTC respectfully requests the entry of an Order (i) awarding the Applicant fees in the amount of **$42,659.70** during the Application Period on a final basis; (ii) approving holdbacks in the amount **$4,997.85** from the First Interim Fee Application; (iii) authorizing Applicant to draw down the sum of **$40,008.00** remaining in the GJB Escrow earmarked for Applicant and (iv) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 29 day of November, 2021.

Respectfully Submitted,

**GARCIA, ESPINOSA, MIYARES,
RODRIGUEZ, TRUEBA & COMPANY, LLP**
*Financial Accountants for Debtor-in-Possession*
2600 Douglas Road, Suite 800
Coral Gables, FL 33134
Telephone: (305) 529-5440
Facsimile: (305) 529-5441

By: ___/s/___ *Rafael A. Espinosa*
        Rafael A. Espinosa, CPA
        Florida No. 884162
        respinosa@gemrtcpa.com

8

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**(EXHIBIT 1)**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fee |
|------|------|------|------|------|------|
| Rafael A. Espinosa | Partner | 1992 | 25.16 | $365.06 | $9,185.05 |
| Juan C. Mederos | Associate | 2005 | 151.84 | $210.38 | $31,943.80 |
| Lucy Lou | Associate | 1999 | 1.75 | $185.00 | $323.75 |
| Alejandro Rodriguez | Associate | N/A | 14.00 | $76.88 | $1,076.25 |
| Lendy Pacho | Administrative | N/A | .15 | $75.00 | $11.25 |
| Mayte Mera | Administrative | N/A | .40 | $61.88 | $24.75 |
| Odalys Diaz | Administrative | N/A | 1.44 | $65.87 | $94.85 |
| **TOTAL** | | | **194.74** | | **$42,659.70** |

Blended Average Hourly Rate:        $219.00

Total Fees:                         $42,659.70

## <u>Summary of Requested Reimbursement Of Expenses</u>
### <u>for this Time Period Only</u>
**(EXHIBIT 2)**

[If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

**N/A - None**

**EXHIBIT "3"**

[The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.]



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    51531*
*Date           01/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through January 31, 2021**

Current

Update of internal accounting including:

-    Preparation of December 2020 bank reconciliations

-    Analysis of corporate year end performance and tax planning

-    Preparation and organization of documents needed for monthly
     Debtor in Possession operating report                                    $      1,844.40

Preparation of court filings.                                                         183.45

Meeting on January 15, 2021 to discuss status of litigation, corporate
tax planning and reporting requirements                                              905.00

Telephone call regarding accounting services provided by management
company.                                                                             118.90

|                          |                |
|--------------------------|----------------|
| Current Amount Due       | $    3,051.75  |
| Prior Balance            | 24,989.25      |
| Total Amount Due         | $  28,041.00   |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 3,051.75 | 1,633.90 | 2,011.10 | 3,426.45 | 17,917.80 | 28,041.00 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

**Midtown Campus Properties, LLC**
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 1/1/2021 - 1/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 1/14/2021 | Rafael Espinosa | WIP: Partner Time<br>Phone call with Juan Mederos to discuss new financial reporting requirements and status of operations. | 10 | 0.33 | 115.50 |
| 1/15/2021 | Rafael Espinosa | WIP: Partner Time<br>Client meeting to discuss status of litigation, corporate tax planning and company reporting requirements | 10 | 2.00 | 700.00 |
| 1/16/2021 | Rafael Espinosa | WIP: Partner Time<br>Review December 2020 MOR Report, discuss with Juan Mederos | 10 | 0.50 | 175.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.83** | **990.50** |
| 1/13/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Jr, discuss management company accounting and reporting | 213 | 0.33 | 67.65 |
| 1/13/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings in accordance with fee application requirements, prepare and submit documents to attorneys for upcoming fee hearing | 250 | 0.84 | 172.20 |
| 1/14/2021 | Juan Mederos | WIP: Consulting services<br>Phone call withRalph Espinosa, dicuss company financial reporting requirements and operations overall | 500 | 0.33 | 67.65 |
| 1/15/2021 | Juan Mederos | WIP: Consulting services<br>Obtain and restore Quickbooks backup, review internal accounting 12/31/2020, reconcile US Bank account, record adjustments, prepare documents needed for MOR report, upload to Dropbox, participate in joint meeting to discuss operations and reporting requirements | 500 | 8.00 | 1,640.00 |
| 1/16/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss December 2020 MOR report | 500 | 0.25 | 51.25 |
| 1/20/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Jr, discuss issue of held checks and creation of a held check log to assist with future bank reconciliations | 213 | 0.25 | 51.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 1/1/2021 - 1/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Subtotals - Juan Mederos** | | **10.00** | **2,050.00** |
| 1/13/2021 | Lendy Pacho | WIP: Manager/Supervisor Billing<br>Preparation of December 2020 billing | 250 | 0.15 | 11.25 |
| | | **Subtotals - Lendy Pacho** | | **0.15** | **11.25** |
| | | **Totals - All** | | 12.98 | 3,051.75 |



Certified Public Accountants & Advisors

Midtown Campus Properties, LLC
782 NW 42nd Ave
Suite 550
Miami, FL  33126

Invoice No.    52253
Date            02/28/2021
Client No.     8517

**For Professional Services Rendered Through February 28, 2021**

Current

Update of internal accounting including:

- Preparation of January 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report                                  $       1,622.35

Conference call on March 18, 2021 with attorneys and company to
iscuss work to perform and documents to prepare concerning
Sauer Construction.                                                                      693.75

Meetings on February 22, 2021 and February 26, 2021 to review, analyze
and obtain information regarding construction issues concerning Sauer pay
applications construction cost overruns charged and incurred.                 3,177.50

Researching and preparing analytical schedules detailing cost overcharges
by Sauer Construction by line item and cost overruns incurred.               2,920.15
                                                                               _____

                                          Current Amount Due   $       8,413.75

                                               Prior Balance            8,049.60

                                            Total Amount Due    $      16,463.35

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 8,413.75 | 3,051.75 | 1,633.90 | 2,011.10 | 1,352.85 | 16,463.35 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit
your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We
also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS
2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 2/1/2021 - 2/28/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 2/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to discuss status of operations<br>for January 2021 | 10 | 0.50 | 175.00 |
| 2/16/2021 | Rafael Espinosa | WIP: Partner Time<br>Review January 2021 MOR Report, discuss with Juan Mederos | 10 | 0.50 | 175.00 |
| 2/18/2021 | Rafael Espinosa | WIP: Partner Time<br>Conference call with attorneys and Oscar Roger to discuss<br>cost analysis and information to gather regarding Sauer Construction | 10 | 1.25 | 437.50 |
| 2/27/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to review and discuss cost overrun<br>analysis | 10 | 2.00 | 700.00 |
| | | **Subtotals - Rafael Espinosa** | | **4.25** | **1,487.50** |
| 2/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements | 250 | 0.83 | 170.15 |
| 2/8/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss January 2021 operations | 500 | 0.17 | 34.85 |
| 2/12/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal accounting and update, correct expenses<br>for rental operations, prepare and upload documents needed for<br>January 2021 reports | 500 | 5.00 | 1,025.00 |
| 2/16/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss January 2021 MOR report | 500 | 0.17 | 34.85 |
| 2/18/2021 | Juan Mederos | WIP: Telephone call with client<br>Participate in conference call with attorneys, Oscar Roger, discuss<br>work to perform with Ralph, setup meeting, call Yudith and instruct on<br>documents needed | 213 | 1.25 | 256.25 |
| 2/18/2021 | Juan Mederos | WIP: Telephone call with client | 213 | 0.58 | 118.90 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 2/1/2021 - 2/28/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Phone call with Lyanne, discuss calculations of Sauer project performed and information to research | | | |
| 2/22/2021 | Juan Mederos | WIP: Consulting services<br>Visit company offices, meet with Oscar Roger, preparing analysis of Pay App #30 of Sauer Construction documenting cost overruns prepare analysis of monthly Sauer billings to Midtown, research and tie monthly payments made to Sauer to pay applications | 500 | 8.50 | 1,742.50 |
| 2/26/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, meet with Oscar Roger, review, analyze and document construction issues with Sauer Construction pay applications and construction work performed | 500 | 7.00 | 1,435.00 |
| 2/27/2021 | Juan Mederos | WIP: Consulting services<br>Begin preparation of analytical reports listing cost overcharges by Sauer Construction and preparation of line item contract scope items overcharged by Sauer Construction, meet and discuss info with Ralph Espinosa | 500 | 6.00 | 1,230.00 |
| 2/27/2021 | Juan Mederos | WIP: Consulting services<br>Continue work on Sauer Construction cost overcharges, analyzing cash flow, researching Quickbooks | 500 | 4.25 | 871.25 |
| | | **Subtotals - Juan Mederos** | | **33.58** | **6,918.75** |
| 2/9/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of January 2021 billing | 250 | 0.15 | 7.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **7.50** |
| | | **Totals - All** | | **37.98** | **8,413.75** |


Certified Public Accountants & Advisors

Midtown Campus Properties, LLC
782 NW 42nd Ave
Suite 550
Miami, FL  33126

Invoice No.    52607
Date           03/31/2021
Client No.     8517

## For Professional Services Rendered Through March 31, 2021

Current

Update of internal accounting including:

- Preparation of January 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report                                    $    1,405.00

Preparation of costs analysis reports concerning Sauer pay applications          4,315.80
cost overruns charged and incurred.

Client meeting on March 4, 2021 to go over cost overruns calculated
and damages reports prepared.                                                    1,571.25

Zoom conference call on March 8, 2021 with attorneys and company to
discuss work to perform and documents prepared concerning Sauer
Construction cost overruns.                                                      1,197.50

Preparation of court filings                                                       321.00

Conference calls with company and attorneys to discuss damages
calculations and status of case                                                   565.15

                                                              _____

                                  Current Amount Due    $    9,375.70

                                      Prior Balance          16,463.35

                                    Total Amount Due    $   25,839.05

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 9,375.70 | 8,413.75 | 3,051.75 | 1,633.90 | 3,363.95 | 25,839.05 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your
questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also
accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to review and discuss Sauer costs overruns analysis | 10 | 0.50 | 175.00 |
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Phone call with Oscar Roger | 10 | 0.25 | 87.50 |
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos to discuss and review Sauer cost overrun analysis reports prepared | 10 | 1.00 | 350.00 |
| 3/3/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos and discuss Sauer cost overrun analysis | 10 | 0.75 | 262.50 |
| 3/4/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos to review Sauer cost overrun analysis reports prepared, make revisions to analysis | 10 | 2.00 | 700.00 |
| 3/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Prepare for Zoom conference meeting regarding Midtown | 10 | 0.25 | 87.50 |
| 3/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Attend Zoon conference call meeting to discuss Midtown Campus bankruptcy | 10 | 2.00 | 700.00 |
| 3/17/2021 | Rafael Espinosa | WIP: Partner Time<br>Review February 2021 MOR report | 10 | 0.50 | 175.00 |
| | | **Subtotals - Rafael Espinosa** | | **7.25** | **2,537.50** |
| 3/3/2021 | Alejandro Rodriguez | WIP: Consulting services<br>Review Quickbooks accounting files to perform search for subcontractor payments in line wth list of subcontractors provided | 500 | 5.25 | 393.75 |
| 3/12/2021 | Alejandro Rodriguez | WIP: Consulting services<br>Work on updating Sauer historical payment applciation billings and payments issued schedule | 500 | 3.50 | 262.50 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Subtotals - Alejandro Rodriguez** | | **8.75** | **656.25** |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Meeting with Ralph Espinosa to go over work product of Sauer cost overrun analysis | 500 | 1.00 | 205.00 |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Work on resolving issues with Sauer pay applications to reconcile | 500 | 1.51 | 309.55 |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Prepare PDF schedules of Sauier work product, prepare schedule of cost overrun analysis | 500 | 2.00 | 410.00 |
| 3/3/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph Espinosa and discuss Sauer cost overrun analysis | 500 | 0.75 | 153.75 |
| 3/3/2021 | Juan Mederos | WIP: Consulting services<br>Speak with Marialena regarding analysis performed, instruct Alex on information, update reports | 500 | 4.00 | 820.00 |
| 3/4/2021 | Juan Mederos | WIP: Consulting services<br>Prepare reports for upcoming meeting to discuss Suar cost overruns and analysis | 500 | 0.50 | 102.50 |
| 3/4/2021 | Juan Mederos | WIP: Consulting services<br>Meeting with Oscar Sr. and Oscar Jr., go over analytical spreadsheets documenting cost overruns of Saur on Midtown project | 500 | 4.25 | 871.25 |
| 3/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings in accordance with fee application requirements | 250 | 1.50 | 307.50 |
| 3/8/2021 | Juan Mederos | WIP: Consulting services<br>Attend Zoom conference call meeting to discuss Midtown Campus bankruptcy | 500 | 2.00 | 410.00 |
| 3/12/2021 | Juan Mederos | WIP: Consulting services<br>Work with Alejandro on verifying Sauer payments | 500 | 0.25 | 51.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 3/1/2021 - 3/31/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | bankruptcy | | | |
| 3/16/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, prepare and upload initial documents needed for monthly MOR eport for bankrupty filing for February 2021, analyze information needed for attorneys | 500 | 5.00 | 1,025.00 |
| 3/17/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Sr., discuss damages sheet | 213 | 0.33 | 67.65 |
| 3/17/2021 | Juan Mederos | WIP: Consulting services<br>Preparing basic damages calcuation documents for Becker Lawyers | 500 | 2.75 | 563.75 |
| 3/22/2021 | Juan Mederos | WIP: Telephone call with client<br>Speak with Randy Dow of Becker & Poliakoff regarding damages calculation to prepare | 213 | 0.25 | 51.25 |
| 3/22/2021 | Juan Mederos | WIP: Telephone call with client<br>Conference all with Oscar Sr., Oscar Jr. and William Stop of Becker Poliakoff to discuss damage calculations and presentation | 213 | 1.00 | 205.00 |
| 3/23/2021 | Juan Mederos | WIP: Telephone call with client<br>Follow up phone call with Oscar Sr. and Oscar Jr. to discuss update of damages calculation | 213 | 0.75 | 153.75 |
| 3/23/2021 | Juan Mederos | WIP: Consulting services<br>Restoring Quickbooks backups, export information | 500 | 1.00 | 205.00 |
| 3/23/2021 | Juan Mederos | WIP: Consulting services<br>Preparing reports for upcoming litigation filing | 500 | 1.25 | 256.25 |
| | | **Subtotals - Juan Mederos** | | **30.09** | **6,168.45** |
| 3/17/2021 | Mayte Mera | WIP: Manager/Supervisor Billing<br>Preparation of February 2021 billing | 250 | 0.15 | 6.75 |
| 3/18/2021 | Mayte Mera | WIP: Etensions / Corporations | 321 | 0.15 | 6.75 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

**Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Preparation of February 2021 billing | | | |
| | | **Subtotals - Mayte Mera** | | **0.15** | **13.50** |
| | | **Totals - All** | | **46.24** | **9,375.70** |


Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    53678*
*Date            05/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through May 31, 2021**

Current


Update of internal accounting including:

-    Preparation of March 2021 and April 2021 bank reconciliations

-    Preparation and organization of documents needed for monthly
     Debtor in Possession operating report for the months of
      March 2021 and April 2021


| | | |
|---|---:|---:|
| Current Amount Due | $ | 3,146.25 |
| Prior Balance | | 25,839.05 |
| Total Amount Due | $ | 28,985.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,146.25 | 0.00 | 9,375.70 | 8,413.75 | 8,049.60 | 28,985.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 4/1/2021 - 5/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 5/12/2021 | Rafael Espinosa | WIP: Partner Time<br>Review March 2021 and April 2021 MOR report | 10 | 2.00 | 770.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.00** | **770.00** |
| 4/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for March 2021 | 250 | 2.25 | 483.75 |
| 4/15/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, prepare and<br>upload initial documents needed for monthly MOR eport for<br>bankrupty filing for March 2021, analyze information needed for<br>attorneys | 500 | 2.50 | 537.50 |
| 5/17/2021 | Juan Mederos | WIP: Consulting services<br>5/17/2021 Visit client, reconcile Valley Bank and US bank accounts<br>review and revise accounting, discussions with Mabel about internal<br>accounting, prepare April 2021 information for MOR report and upload<br>to Dropbox | 500 | 6.25 | 1,343.75 |
| | | **Subtotals - Juan Mederos** | | **11.00** | **2,365.00** |
| 4/9/2021 | Mayte Mera | WIP: Manager/Supervisor Billing<br>Preparation of March 2021 billing | 250 | 0.25 | 11.25 |
| | | **Subtotals - Mayte Mera** | | **0.25** | **11.25** |
| | | **Totals - All** | | **13.25** | **3,146.25** |



**GEMRT**
Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    54205*
*Date             06/30/2021*
*Client No.     8517*

**For Professional Services Rendered Through June 30, 2021**

Current

Update of internal accounting including:

- Preparation of May 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report for the month of
  May 2021.

| | | |
|---|---|---|
| Current Amount Due | $ | 1,684.00 |
| Prior Balance | | 28,985.30 |
| Total Amount Due | $ | 30,669.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,684.00 | 3,146.25 | 0.00 | 9,375.70 | 16,463.35 | 30,669.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

**Midtown Campus Properties, LLC**
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 6/1/2021 - 6/30/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 6/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review May 2021 MOR report | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 6/7/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for May 2021 | 250 | 0.50 | 107.50 |
| 6/18/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile<br>bank accounts, enter American Express charges related to<br>Midtown, upload docments needed for monthly MOR report for<br>bankruptcy filing for May 2021 | 500 | 5.50 | 1,182.50 |
| | | **Subtotals - Juan Mederos** | | **6.00** | **1,290.00** |
| 6/4/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of May 2021 billing | 250 | 0.15 | 9.00 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **9.00** |
| | | **Totals - All** | | **7.15** | **1,684.00** |



*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    54654*
*Date          07/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through July 31, 2021**

<u>Current</u>

Update of internal accounting including:

- Preparation of June 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report for the month of
  June 2021.

| | | |
|---|---|---|
| Current Amount Due | $ | 1,899.00 |
| Prior Balance | | 30,669.30 |
| Total Amount Due | $ | 32,568.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,899.00 | 1,684.00 | 3,146.25 | 0.00 | 25,839.05 | 32,568.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 7/1/2021 - 7/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 7/17/2021 | Rafael Espinosa | WIP: Partner Time<br>Review June 2021 MOR report | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 7/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for June 2021 | 250 | 0.50 | 107.50 |
| 7/16/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile<br>bank accounts, enter American Express charges related to<br>Midtown, upload docments needed for monthly MOR report for<br>bankruptcy filing for June 2021 | 500 | 6.50 | 1,397.50 |
| | | **Subtotals - Juan Mederos** | | **7.00** | **1,505.00** |
| 7/9/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of June 2021 billing | 250 | 0.15 | 9.00 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **9.00** |
| | | **Totals - All** | | **8.15** | **1,899.00** |


Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    55284*
*Date            09/15/2021*
*Client No.      8517*

## For Professional Services Rendered Through September 15, 2021

Current

Update of internal accounting including:

- Preparation of July 2021 bank reconciliations

    Preparation and organization of documents needed for monthly
    Debtor in Possession operating report for the month of July 2021.        $        1,720.00

Closing of the books and related adjustments for Midtown Apartments
UF, LLC for the fiscal year end December 31, 2020.                                        930.95

Onsite visits on August 6, 2021 and August 20, 2021 to assist with update
of internal accounting including reconciliation of intercompany accounts through
December 31, 2020 with:

    Gables on the Green II, LLC
    Roger Development Group                                                                   806.25

Final billing in connection with the preparation of the tax returns for
the year ended December 31, 2020:

U.S. Partnership Return of Income (Form 1065)

Annual Return for Partnership Withholding Tax (Form 8804 & 8805)

Florida Partnership Information Return (F-1065)                                           3,628.65

| | Current Amount Due | 7,085.85 |
|---|---|---|
| | Prior Balance | 32,568.30 |
| | Total Amount Due | $    39,654.15 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 7,085.85 | 1,899.00 | 1,684.00 | 3,146.25 | 25,839.05 | 39,654.15 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit
your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We
also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*
*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*

*Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.*
*Midtown Campus Properties, LLC*
*Invoice No.    55284*                                                        *Page 2*

___

**SERVICE**                                                                  **AMOUNT**

2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 8/1/2021 - 9/15/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 8/18/2021 | Rafael Espinosa | WIP: Partner Time<br>Discusson regarding Midtown Campus year end with Juan Mederos | 10 | 0.25 | 96.25 |
| 8/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review July 2021 MOR report | 10 | 1.00 | 385.00 |
| 9/13/2021 | Rafael Espinosa | WIP: Partner Time<br>Review of tax return, note revisions to enter, discuss with<br>Juan Mederos | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.25** | **866.25** |
| 8/25/2021 | Alejandro Rodriguez | WIP: Closing of books<br>Meet with Juan, discuss Midtown year end work to perform | 203 | 0.75 | 60.00 |
| 8/26/2021 | Alejandro Rodriguez | WIP: Closing of books<br>Work on long-term debt and capitalized costs and record adjusting<br>journal entries | 203 | 4.50 | 360.00 |
| | | **Subtotals - Alejandro Rodriguez** | | **5.25** | **420.00** |
| 9/8/2021 | Lucy Lou | WIP: Review by Supervisor / Seni<br>Review year end closing and return 1065/8804 | 323 | 1.50 | 277.50 |
| 9/11/2021 | Lucy Lou | WIP: Review by Supervisor / Seni<br>Second review of tax return | 323 | 0.25 | 46.25 |
| | | **Subtotals - Lucy Lou** | | **1.75** | **323.75** |
| 8/6/2021 | Juan Mederos | WIP: On site acct & consult<br>Researching and cross comparing historical intercompany<br>transactions with Roger Development Group | 105 | 2.00 | 430.00 |
| 8/6/2021 | Juan Mederos | WIP: Closing of books<br>Complete cross comparison of intercompany transactions with<br>Roger Development, identify corrections to record | 105 | 0.75 | 161.25 |
| 8/9/2021 | Juan Mederos | WIP: Manager / Supervisor Billing | 250 | 0.75 | 161.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 8/1/2021 - 9/15/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Preparation of documents supporting monthly invoice billings in accordance with fee application requirements for August 2021 | | | |
| 8/20/2021 | Juan Mederos | WIP: On site acct & consult<br>Visit company, complete reconciliation of intercompany accounts | 105 | 1.00 | 215.00 |
| 8/20/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile bank accounts, enter American Express charges related to Midtown, upload docments needed for monthly MOR report for bankruptcy filing for July 2021 | 500 | 6.21 | 1,335.00 |
| 8/25/2021 | Juan Mederos | WIP: Closing of books<br>Meet with Alejandro, review costs, loans, give instructions on workpaper documentation | 203 | 0.75 | 161.25 |
| 8/31/2021 | Juan Mederos | WIP: Closing of books<br>Document construction costs, acknowledge revisions, review cash cash workpapers, document retainage payable | 203 | 1.25 | 268.75 |
| 8/31/2021 | Juan Mederos | WIP: Closing of books<br>Document DIP loan, US Ban loan, members capital, related parties | 203 | 2.50 | 537.50 |
| 9/1/2021 | Juan Mederos | WIP: Closing of books<br>Phone call with Ricky, obtain Earthworks case settlement documents settlement documents, address emails sent by Mariaelena, speak with Mark about Earthworks | 203 | 0.33 | 70.95 |
| 9/2/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Initial preparation of 2020 Form 1065 | 303 | 3.16 | 679.40 |
| 9/3/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Update tax return to correct ownership percentages | 303 | 0.25 | 53.75 |
| 9/9/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Clearing revew notes on Midtown Campus, attempt to call Tara at Asset Management to discuss Midtown Apartments | 303 | 0.75 | 161.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 8/1/2021 - 9/15/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 9/9/2021 | Juan Mederos | WIP: Closing of books<br>Phone call with Ruth of management company, discuss accounting for<br>Midtown Apartments | 203 | 1.00 | 215.00 |
| 9/10/2021 | Juan Mederos | WIP: Closing of books<br>Input Midtown Apartments trial balance, record adjustments for tax<br>return, import and update tax return with Midtown Apartments activity | 203 | 3.33 | 715.95 |
| 9/13/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and email draft to Oscar | 303 | 0.17 | 36.55 |
| 9/13/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Discuss tax return revision with Ralph | 303 | 0.33 | 70.95 |
| 9/14/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare power of attorney and returns for signature | 303 | 0.50 | 107.50 |
| 9/15/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and archive tax copies, email to Oscar | 303 | 0.17 | 36.55 |
| 9/15/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and document power of attorneys, archive into binder | 303 | 0.22 | 47.50 |
| | | **Subtotals - Juan Mederos** | | **25.42** | **5,465.35** |
| 8/10/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of July 2021 billing | 250 | 0.15 | 10.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **10.50** |
| | | **Totals - All** | | **34.82** | **7,085.85** |



Midtown Campus Properties, LLC
782 NW 42nd Ave
Suite 550
Miami, FL  33126

Invoice No.    55900
Date           09/30/2021
Client No.     8517

**For Professional Services Rendered Through September 30, 2021**

Current

Update of internal accounting including:

–   Adjustment of December 31, 2020 trial balance to agree with
    final adjusted trial balance

    Preparation and organization of documents needed for monthly
    Debtor in Possession operating report for the month of August 2021.

| | | |
|---|---|---|
| Current Amount Due | $ | 2,491.75 |
| Prior Balance | | 39,654.15 |
| Total Amount Due | $ | 42,145.90 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 9,577.60 | 0.00 | 1,899.00 | 1,684.00 | 28,985.30 | 42,145.90 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 9/15/2021 - 9/30/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 9/20/2021 | Rafael Espinosa | WIP: Partner Time<br>Review August 2021 MOR report, discuss with Juan Mederos | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 9/17/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile bank accounts, enter American Express charges related to Midtown, upload docments needed for monthly MOR report for bankruptcy filing for August 2021, update 12/31/2020 year end adjustments. | 500 | 8.00 | 1,720.00 |
| 9/20/2021 | Juan Mederos | WIP: Consulting services<br>Research and provision of information related to voided check activity for the month of August 2021. | 500 | 0.50 | 107.50 |
| 9/20/2021 | Juan Mederos | WIP: Consulting services<br>Discussion with Ralph Espinosa regarding August 2021 MOR | 500 | 0.25 | 53.75 |
| 9/22/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents support monthly invoice billings in accordances with fee application requirements for the month of September 2021 | 250 | 1.00 | 215.00 |
| | | **Subtotals - Juan Mederos** | | **9.75** | **2,096.25** |
| 9/23/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of July 2021 billing | 250 | 0.15 | 10.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **10.50** |
| | | **Totals - All** | | **10.90** | **2,491.75** |



GEMRT
Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL 33126*

*Invoice No.    56689*
*Date            10/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through October 31, 2021**

Current

Onsite visit on October 19, 2021 to assist with update of internal accounting, including:

- Preparation of September 2021 bank reconciliations

- Preparation and organization of documents needed for monthly Debtor in Possession operating report

| | |
|---|---|
| Current Amount Due | $    2,226.05 |
| Prior Balance | 42,145.90 |
| Total Amount Due | $   44,371.95 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,226.05 | 2,491.75 | 7,085.85 | 1,899.00 | 30,669.30 | 44,371.95 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

**Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 10/1/2021 - 10/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review September MOR report information | 10 | 0.83 | 319.55 |
| | | **Subtotals - Rafael Espinosa** | | **0.83** | **319.55** |
| 10/19/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, obtain and reconcile U.S. Bank activity, enter remaining<br>credit card activity paid by Roger International, review and update<br>internal accounting, prepare information needed for September 2021 | 500 | 7.75 | 1,666.25 |
| 10/22/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporty monthly invoice billings<br>in accordances with fee application requirements for the month<br>of September 2021 | 250 | 1.00 | 215.00 |
| | | **Subtotals - Juan Mederos** | | **8.75** | **1,881.25** |
| 10/12/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of September 2021 billing | 250 | 0.36 | 25.25 |
| | | **Subtotals - Odalys Diaz** | | **0.36** | **25.25** |
| | | **Totals - All** | | **9.94** | **2,226.05** |



Midtown Campus Properties, LLC
782 NW 42nd Ave
Suite 550
Miami, FL  33126

Invoice No.    51531
Date           01/31/2021
Client No.     8517

**For Professional Services Rendered Through January 31, 2021**

Current

Update of internal accounting including:

- Preparation of December 2020 bank reconciliations

- Analysis of corporate year end performance and tax planning

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report                              $     1,844.40

Preparation of court filings.                                              183.45

Meeting on January 15, 2021 to discuss status of litigation, corporate
tax planning and reporting requirements                                    905.00

Telephone call regarding accounting services provided by management
company.                                                                   118.90

|                        |   |             |
|------------------------|---|-------------|
| Current Amount Due     | $ | 3,051.75    |
| Prior Balance          |   | 24,989.25   |
| Total Amount Due       | $ | 28,041.00   |

| 0 - 30   | 31- 60   | 61 - 90  | 91 - 120 | Over 120  | Balance   |
|----------|----------|----------|----------|-----------|-----------|
| 3,051.75 | 1,633.90 | 2,011.10 | 3,426.45 | 17,917.80 | 28,041.00 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your
questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also
accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 1/1/2021 - 1/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 1/14/2021 | Rafael Espinosa | WIP: Partner Time<br>Phone call with Juan Mederos to discuss new financial reporting requirements and status of operations. | 10 | 0.33 | 115.50 |
| 1/15/2021 | Rafael Espinosa | WIP: Partner Time<br>Client meeting to discuss status of litigation, corporate tax planning and company reporting requirements | 10 | 2.00 | 700.00 |
| 1/16/2021 | Rafael Espinosa | WIP: Partner Time<br>Review December 2020 MOR Report, discuss with Juan Mederos | 10 | 0.50 | 175.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.83** | **990.50** |
| 1/13/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Jr, discuss management company accounting and reporting | 213 | 0.33 | 67.65 |
| 1/13/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings in accordance with fee application requirements, prepare and submit documents to attorneys for upcoming fee hearing | 250 | 0.84 | 172.20 |
| 1/14/2021 | Juan Mederos | WIP: Consulting services<br>Phone call withRalph Espinosa, dicuss company financial reporting requirements and operations overall | 500 | 0.33 | 67.65 |
| 1/15/2021 | Juan Mederos | WIP: Consulting services<br>Obtain and restore Quickbooks backup, review internal accounting 12/31/2020, reconcile US Bank account, record adjustments, prepare documents needed for MOR report, upload to Dropbox, participate in joint meeting to discuss operations and reporting requirements | 500 | 8.00 | 1,640.00 |
| 1/16/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss December 2020 MOR report | 500 | 0.25 | 51.25 |
| 1/20/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Jr, discuss issue of held checks and creation of a held check log to assist with future bank reconciliations | 213 | 0.25 | 51.25 |

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

**Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 1/1/2021 - 1/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Subtotals - Juan Mederos** | | **10.00** | **2,050.00** |
| 1/13/2021 | Lendy Pacho | WIP: Manager/Supervisor Billing<br>Preparation of December 2020 billing | 250 | 0.15 | 11.25 |
| | | **Subtotals - Lendy Pacho** | | **0.15** | **11.25** |
| | | **Totals - All** | | **12.98** | **3,051.75** |



Certified Public Accountants & Advisors

Midtown Campus Properties, LLC
782 NW 42nd Ave
Suite 550
Miami, FL  33126

Invoice No.    52253
Date            02/28/2021
Client No.      8517

**For Professional Services Rendered Through February 28, 2021**

<u>Current</u>

Update of internal accounting including:

- Preparation of January 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report                                    $      1,622.35

Conference call on March 18, 2021 with attorneys and company to
iscuss work to perform and documents to prepare concerning
Sauer Construction.                                                               693.75

Meetings on February 22, 2021 and February 26, 2021 to review, analyze
and obtain information regarding construction issues concerning Sauer pay
applications construction cost overruns charged and incurred.                     3,177.50

Researching and preparing analytical schedules detailing cost overcharges
by Sauer Construction by line item and cost overruns incurred.                    2,920.15
                                                                          _____

                                          Current Amount Due   $      8,413.75

                                               Prior Balance          8,049.60

                                            Total Amount Due   $     16,463.35

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 8,413.75 | 3,051.75 | 1,633.90 | 2,011.10 | 1,352.85 | 16,463.35 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit
your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We
also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

Client Ledger
Primary Partner - Client Code
For the Period: 2/1/2021 - 2/28/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 2/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to discuss status of operations<br>for January 2021 | 10 | 0.50 | 175.00 |
| 2/16/2021 | Rafael Espinosa | WIP: Partner Time<br>Review January 2021 MOR Report, discuss with Juan Mederos | 10 | 0.50 | 175.00 |
| 2/18/2021 | Rafael Espinosa | WIP: Partner Time<br>Conference call with attorneys and Oscar Roger to discuss<br>cost analysis and information to gather regarding Sauer Construction | 10 | 1.25 | 437.50 |
| 2/27/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to review and discuss cost overrun<br>analysis | 10 | 2.00 | 700.00 |
| | | **Subtotals - Rafael Espinosa** | | **4.25** | **1,487.50** |
| 2/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements | 250 | 0.83 | 170.15 |
| 2/8/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss January 2021 operations | 500 | 0.17 | 34.85 |
| 2/12/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal accounting and update, correct expenses<br>for rental operations, prepare and upload documents needed for<br>January 2021 reports | 500 | 5.00 | 1,025.00 |
| 2/16/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph, discuss January 2021 MOR report | 500 | 0.17 | 34.85 |
| 2/18/2021 | Juan Mederos | WIP: Telephone call with client<br>Participate in conference call with attorneys, Oscar Roger, discuss<br>work to perform with Ralph, setup meeting, call Yudith and instruct on<br>documents needed | 213 | 1.25 | 256.25 |
| 2/18/2021 | Juan Mederos | WIP: Telephone call with client | 213 | 0.58 | 118.90 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 2/1/2021 - 2/28/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Phone call with Lyanne, discuss calculations of Sauer project performed and information to research | | | |
| 2/22/2021 | Juan Mederos | WIP: Consulting services<br>Visit company offices, meet with Oscar Roger, preparing analysis of Pay App #30 of Sauer Construction documenting cost overruns prepare analysis of monthly Sauer billings to Midtown, research and tie monthly payments made to Sauer to pay applications | 500 | 8.50 | 1,742.50 |
| 2/26/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, meet with Oscar Roger, review, analyze and document construction issues with Sauer Construction pay applications and construction work performed | 500 | 7.00 | 1,435.00 |
| 2/27/2021 | Juan Mederos | WIP: Consulting services<br>Begin preparation of analytical reports listing cost overcharges by Sauer Construction and preparation of line item contract scope items overcharged by Sauer Construction, meet and discuss info with Ralph Espinosa | 500 | 6.00 | 1,230.00 |
| 2/27/2021 | Juan Mederos | WIP: Consulting services<br>Continue work on Sauer Construction cost overcharges, analyzing cash flow, researching Quickbooks | 500 | 4.25 | 871.25 |
| | | **Subtotals - Juan Mederos** | | **33.58** | **6,918.75** |
| 2/9/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of January 2021 billing | 250 | 0.15 | 7.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **7.50** |
| | | **Totals - All** | | **37.98** | **8,413.75** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    52607*
*Date            03/31/2021*
*Client No.      8517*

**For Professional Services Rendered Through March 31, 2021**

<u>Current</u>

Update of internal accounting including:

- Preparation of January 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report                                   $      1,405.00

Preparation of costs analysis reports concerning Sauer pay applications          4,315.80
cost overruns charged and incurred.

Client meeting on March 4, 2021 to go over cost overruns calculated
and damages reports prepared.                                                    1,571.25

Zoom conference call on March 8, 2021 with attorneys and company to
discuss work to perform and documents prepared concerning Sauer
Construction cost overruns.                                                      1,197.50

Preparation of court filings                                                       321.00

Conference calls with company and attorneys to discuss damages
calculations and status of case                                                   565.15
                                                                      _____

Current Amount Due     $      9,375.70

Prior Balance                16,463.35

Total Amount Due       $     25,839.05

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 9,375.70 | 8,413.75 | 3,051.75 | 1,633.90 | 3,363.95 | 25,839.05 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your
questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also
accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Meeting with Juan Mederos to review and discuss Sauer costs overruns analysis | 10 | 0.50 | 175.00 |
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Phone call with Oscar Roger | 10 | 0.25 | 87.50 |
| 3/2/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos to discuss and review Sauer cost overrun analysis reports prepared | 10 | 1.00 | 350.00 |
| 3/3/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos and discuss Sauer cost overrun analysis | 10 | 0.75 | 262.50 |
| 3/4/2021 | Rafael Espinosa | WIP: Partner Time<br>Meet with Juan Mederos to review Sauer cost overrun analysis reports prepared, make revisions to analysis | 10 | 2.00 | 700.00 |
| 3/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Prepare for Zoom conference meeting regarding Midtown | 10 | 0.25 | 87.50 |
| 3/8/2021 | Rafael Espinosa | WIP: Partner Time<br>Attend Zoon conference call meeting to discuss Midtown Campus bankruptcy | 10 | 2.00 | 700.00 |
| 3/17/2021 | Rafael Espinosa | WIP: Partner Time<br>Review February 2021 MOR report | 10 | 0.50 | 175.00 |
| | | **Subtotals - Rafael Espinosa** | | **7.25** | **2,537.50** |
| 3/3/2021 | Alejandro Rodriguez | WIP: Consulting services<br>Review Quickbooks accounting files to perform search for subcontractor payments in line wth list of subcontractors provided | 500 | 5.25 | 393.75 |
| 3/12/2021 | Alejandro Rodriguez | WIP: Consulting services<br>Work on updating Sauer historical payment applciation billings and payments issued schedule | 500 | 3.50 | 262.50 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Subtotals - Alejandro Rodriguez** | | **8.75** | **656.25** |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Meeting with Ralph Espinosa to go over work product of Sauer cost overrun analysis | 500 | 1.00 | 205.00 |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Work on resolving issues with Sauer pay applications to reconcile | 500 | 1.51 | 309.55 |
| 3/2/2021 | Juan Mederos | WIP: Consulting services<br>Prepare PDF schedules of Sauier work product, prepare schedule of cost overrun analysis | 500 | 2.00 | 410.00 |
| 3/3/2021 | Juan Mederos | WIP: Consulting services<br>Meet with Ralph Espinosa and discuss Sauer cost overrun analysis | 500 | 0.75 | 153.75 |
| 3/3/2021 | Juan Mederos | WIP: Consulting services<br>Speak with Marialena regarding analysis performed, instruct Alex on information, update reports | 500 | 4.00 | 820.00 |
| 3/4/2021 | Juan Mederos | WIP: Consulting services<br>Prepare reports for upcoming meeting to discuss Suar cost overruns and analysis | 500 | 0.50 | 102.50 |
| 3/4/2021 | Juan Mederos | WIP: Consulting services<br>Meeting with Oscar Sr. and Oscar Jr., go over analytical spreadsheets documenting cost overruns of Saur on Midtown project | 500 | 4.25 | 871.25 |
| 3/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings in accordance with fee application requirements | 250 | 1.50 | 307.50 |
| 3/8/2021 | Juan Mederos | WIP: Consulting services<br>Attend Zoom conference call meeting to discuss Midtown Campus bankruptcy | 500 | 2.00 | 410.00 |
| 3/12/2021 | Juan Mederos | WIP: Consulting services<br>Work with Alejandro on verifying Sauer payments | 500 | 0.25 | 51.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 3/1/2021 - 3/31/2021

Midtown Campus Properties, LLC
Client 8517.0

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | bankruptcy | | | |
| 3/16/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, prepare and upload initial documents needed for monthly MOR eport for bankruptcy filing for February 2021, analyze information needed for attorneys | 500 | 5.00 | 1,025.00 |
| 3/17/2021 | Juan Mederos | WIP: Telephone call with client<br>Phone call with Oscar Sr., discuss damages sheet | 213 | 0.33 | 67.65 |
| 3/17/2021 | Juan Mederos | WIP: Consulting services<br>Preparing basic damages calcuation documents for Becker Lawyers | 500 | 2.75 | 563.75 |
| 3/22/2021 | Juan Mederos | WIP: Telephone call with client<br>Speak with Randy Dow of Becker & Poliakoff regarding damages calculation to prepare | 213 | 0.25 | 51.25 |
| 3/22/2021 | Juan Mederos | WIP: Telephone call with client<br>Conference all with Oscar Sr., Oscar Jr. and William Stop of Becker Poliakoff to discuss damage calculations and presentation | 213 | 1.00 | 205.00 |
| 3/23/2021 | Juan Mederos | WIP: Telephone call with client<br>Follow up phone call with Oscar Sr. and Oscar Jr. to discuss update of damages calculation | 213 | 0.75 | 153.75 |
| 3/23/2021 | Juan Mederos | WIP: Consulting services<br>Restoring Quickbooks backups, export information | 500 | 1.00 | 205.00 |
| 3/23/2021 | Juan Mederos | WIP: Consulting services<br>Preparing reports for upcoming litigation filing | 500 | 1.25 | 256.25 |
| | | **Subtotals - Juan Mederos** | | **30.09** | **6,168.45** |
| 3/17/2021 | Mayte Mera | WIP: Manager/Supervisor Billing<br>Preparation of February 2021 billing | 250 | 0.15 | 6.75 |
| 3/18/2021 | Mayte Mera | WIP: Etensions / Corporations | 321 | 0.15 | 6.75 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 3/1/2021 - 3/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Preparation of February 2021 billing | | | |
| | | **Subtotals - Mayte Mera** | | **0.15** | **13.50** |
| | | **Totals - All** | | **46.24** | **9,375.70** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    53678*
*Date            05/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through May 31, 2021**

<u>Current</u>

Update of internal accounting including:

- Preparation of March 2021 and April 2021 bank reconciliations

- Preparation and organization of documents needed for monthly
  Debtor in Possession operating report for the months of
   March 2021 and April 2021

|  |  |
|---|---|
| Current Amount Due | $      3,146.25 |
| Prior Balance | 25,839.05 |
| Total Amount Due | $    28,985.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,146.25 | 0.00 | 9,375.70 | 8,413.75 | 8,049.60 | 28,985.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*

2600 Douglas Road, Suite 800 Coral Gables, FL 33134

PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.    Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 4/1/2021 - 5/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 5/12/2021 | Rafael Espinosa | WIP: Partner Time<br>Review March 2021 and April 2021 MOR report | 10 | 2.00 | 770.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.00** | **770.00** |
| 4/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for March 2021 | 250 | 2.25 | 483.75 |
| 4/15/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, prepare and<br>upload initial documents needed for monthly MOR eport for<br>bankrupty filing for March 2021, analyze information needed for<br>attorneys | 500 | 2.50 | 537.50 |
| 5/17/2021 | Juan Mederos | WIP: Consulting services<br>5/17/2021 Visit client, reconcile Valley Bank and US bank accounts<br>review and revise accounting, discussions with Mabel about internal<br>accounting, prepare April 2021 information for MOR report and upload<br>to Dropbox | 500 | 6.25 | 1,343.75 |
| | | **Subtotals - Juan Mederos** | | **11.00** | **2,365.00** |
| 4/9/2021 | Mayte Mera | WIP: Manager/Supervisor Billing<br>Preparation of March 2021 billing | 250 | 0.25 | 11.25 |
| | | **Subtotals - Mayte Mera** | | **0.25** | **11.25** |
| | | **Totals - All** | | **13.25** | **3,146.25** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    54205*
*Date            06/30/2021*
*Client No.     8517*

**For Professional Services Rendered Through June 30, 2021**

<u>Current</u>

Update of internal accounting including:

-    Preparation of May 2021 bank reconciliations

-    Preparation and organization of documents needed for monthly
     Debtor in Possession operating report for the month of
     May 2021.

| | | |
|---|---|---|
| Current Amount Due | $ | 1,684.00 |
| Prior Balance | | 28,985.30 |
| Total Amount Due | $ | 30,669.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,684.00 | 3,146.25 | 0.00 | 9,375.70 | 16,463.35 | 30,669.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Lendy Pacho at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

**Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 6/1/2021 - 6/30/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 6/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review May 2021 MOR report | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 6/7/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for May 2021 | 250 | 0.50 | 107.50 |
| 6/18/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile<br>bank accounts, enter American Express charges related to<br>Midtown, upload docments needed for monthly MOR report for<br>bankruptcy filing for May 2021 | 500 | 5.50 | 1,182.50 |
| | | **Subtotals - Juan Mederos** | | **6.00** | **1,290.00** |
| 6/4/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of May 2021 billing | 250 | 0.15 | 9.00 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **9.00** |
| | | **Totals - All** | | **7.15** | **1,684.00** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    54654*
*Date            07/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through July 31, 2021**

<u>Current</u>

Update of internal accounting including:

-    Preparation of June 2021 bank reconciliations

-    Preparation and organization of documents needed for monthly
     Debtor in Possession operating report for the month of
     June 2021.

| | | |
|---|---:|---:|
| Current Amount Due | $ | 1,899.00 |
| Prior Balance | | 30,669.30 |
| Total Amount Due | $ | 32,568.30 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,899.00 | 1,684.00 | 3,146.25 | 0.00 | 25,839.05 | 32,568.30 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

**Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 7/1/2021 - 7/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 7/17/2021 | Rafael Espinosa | WIP: Partner Time<br>Review June 2021 MOR report | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 7/8/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporting monthly invoice billings<br>in accordance with fee application requirements for June 2021 | 250 | 0.50 | 107.50 |
| 7/16/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile<br>bank accounts, enter American Express charges related to<br>Midtown, upload docments needed for monthly MOR report for<br>bankruptcy filing for June 2021 | 500 | 6.50 | 1,397.50 |
| | | **Subtotals - Juan Mederos** | | **7.00** | **1,505.00** |
| 7/9/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of June 2021 billing | 250 | 0.15 | 9.00 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **9.00** |
| | | **Totals - All** | | **8.15** | **1,899.00** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    55284*
*Date           09/15/2021*
*Client No.     8517*

**For Professional Services Rendered Through September 15, 2021**

Current

Update of internal accounting including:

- Preparation of July 2021 bank reconciliations

  Preparation and organization of documents needed for monthly
  Debtor in Possession operating report for the month of July 2021.          $       1,720.00

Closing of the books and related adjustments for Midtown Apartments
UF, LLC for the fiscal year end December 31, 2020.                                    930.95

Onsite visits on August 6, 2021 and August 20, 2021 to assist with update
of internal accounting including reconciliation of intercompany accounts through
December 31, 2020 with:

  Gables on the Green II, LLC
  Roger Development Group                                                             806.25

Final billing in connection with the preparation of the tax returns for
the year ended December 31, 2020:

U.S. Partnership Return of Income (Form 1065)

Annual Return for Partnership Withholding Tax (Form 8804 & 8805)

Florida Partnership Information Return (F-1065)                                     3,628.65

                                                  Current Amount Due              7,085.85

                                                      Prior Balance             32,568.30

                                                  Total Amount Due          $   39,654.15

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 7,085.85 | 1,899.00 | 1,684.00 | 3,146.25 | 25,839.05 | 39,654.15 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit
your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We
also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*
*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*

*Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.*
*Midtown Campus Properties, LLC*
*Invoice No.    55284*                                                      *Page 2*

**SERVICE**                                                                **AMOUNT**

2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 8/1/2021 - 9/15/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 8/18/2021 | Rafael Espinosa | WIP: Partner Time<br>Discusson regarding Midtown Campus year end with Juan Mederos | 10 | 0.25 | 96.25 |
| 8/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review July 2021 MOR report | 10 | 1.00 | 385.00 |
| 9/13/2021 | Rafael Espinosa | WIP: Partner Time<br>Review of tax return, note revisions to enter, discuss with<br>Juan Mederos | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **2.25** | **866.25** |
| 8/25/2021 | Alejandro Rodriguez | WIP: Closing of books<br>Meet with Juan, discuss Midtown year end work to perform | 203 | 0.75 | 60.00 |
| 8/26/2021 | Alejandro Rodriguez | WIP: Closing of books<br>Work on long-term debt and capitalized costs and record adjusting<br>journal entries | 203 | 4.50 | 360.00 |
| | | **Subtotals - Alejandro Rodriguez** | | **5.25** | **420.00** |
| 9/8/2021 | Lucy Lou | WIP: Review by Supervisor / Seni<br>Review year end closing and return 1065/8804 | 323 | 1.50 | 277.50 |
| 9/11/2021 | Lucy Lou | WIP: Review by Supervisor / Seni<br>Second review of tax return | 323 | 0.25 | 46.25 |
| | | **Subtotals - Lucy Lou** | | **1.75** | **323.75** |
| 8/6/2021 | Juan Mederos | WIP: On site acct & consult<br>Researching and cross comparing historical intercompany<br>transactions with Roger Development Group | 105 | 2.00 | 430.00 |
| 8/6/2021 | Juan Mederos | WIP: Closing of books<br>Complete cross comparison of intercompany transactions with<br>Roger Development, identify corrections to record | 105 | 0.75 | 161.25 |
| 8/9/2021 | Juan Mederos | WIP: Manager / Supervisor Billing | 250 | 0.75 | 161.25 |

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 8/1/2021 - 9/15/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Preparation of documents supporting monthly invoice billings in accordance with fee application requirements for August 2021 | | | |
| 8/20/2021 | Juan Mederos | WIP: On site acct & consult<br>Visit company, complete reconciliation of intercompany accounts | 105 | 1.00 | 215.00 |
| 8/20/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile bank accounts, enter American Express charges related to Midtown, upload docments needed for monthly MOR report for bankruptcy filing for July 2021 | 500 | 6.21 | 1,335.00 |
| 8/25/2021 | Juan Mederos | WIP: Closing of books<br>Meet with Alejandro, review costs, loans, give instructions on workpaper documentation | 203 | 0.75 | 161.25 |
| 8/31/2021 | Juan Mederos | WIP: Closing of books<br>Document construction costs, acknowledge revisions, review cash cash workpapers, document retainage payable | 203 | 1.25 | 268.75 |
| 8/31/2021 | Juan Mederos | WIP: Closing of books<br>Document DIP loan, US Ban loan, members capital, related parties | 203 | 2.50 | 537.50 |
| 9/1/2021 | Juan Mederos | WIP: Closing of books<br>Phone call with Ricky, obtain Earthworks case settlement documents settlement documents, address emails sent by Mariaelena, speak with Mark about Earthworks | 203 | 0.33 | 70.95 |
| 9/2/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Initial preparation of 2020 Form 1065 | 303 | 3.16 | 679.40 |
| 9/3/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Update tax return to correct ownership percentages | 303 | 0.25 | 53.75 |
| 9/9/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Clearing revew notes on Midtown Campus, attempt to call Tara at Asset Management to discuss Midtown Apartments | 303 | 0.75 | 161.25 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.                    Midtown Campus Properties, LLC
                                                                      Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 8/1/2021 - 9/15/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 9/9/2021 | Juan Mederos | WIP: Closing of books<br>Phone call with Ruth of management company, discuss accounting for<br>Midtown Apartments | 203 | 1.00 | 215.00 |
| 9/10/2021 | Juan Mederos | WIP: Closing of books<br>Input Midtown Apartments trial balance, record adjustments for tax<br>return, import and update tax return with Midtown Apartments activity | 203 | 3.33 | 715.95 |
| 9/13/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and email draft to Oscar | 303 | 0.17 | 36.55 |
| 9/13/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Discuss tax return revision with Ralph | 303 | 0.33 | 70.95 |
| 9/14/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare power of attorney and returns for signature | 303 | 0.50 | 107.50 |
| 9/15/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and archive tax copies, email to Oscar | 303 | 0.17 | 36.55 |
| 9/15/2021 | Juan Mederos | WIP: Prep / Corp income tax retur<br>Prepare and document power of attorneys, archive into binder | 303 | 0.22 | 47.50 |
| | | **Subtotals - Juan Mederos** | | **25.42** | **5,465.35** |
| 8/10/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of July 2021 billing | 250 | 0.15 | 10.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **10.50** |
| | | **Totals - All** | | **34.82** | **7,085.85** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

Invoice No.    55900
Date            09/30/2021
Client No.     8517

**For Professional Services Rendered Through September 30, 2021**

Current

Update of internal accounting including:

–    Adjustment of December 31, 2020 trial balance to agree with
     final adjusted trial balance

      Preparation and organization of documents needed for monthly
      Debtor in Possession operating report for the month of August 2021.

| | | |
|---|---|---|
| Current Amount Due | $ | 2,491.75 |
| Prior Balance | | 39,654.15 |
| Total Amount Due | $ | 42,145.90 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 9,577.60 | 0.00 | 1,899.00 | 1,684.00 | 28,985.30 | 42,145.90 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your
questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also
accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305)
529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
For the Period: 9/15/2021 - 9/30/2021

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 9/20/2021 | Rafael Espinosa | WIP: Partner Time<br>Review August 2021 MOR report, discuss with Juan Mederos | 10 | 1.00 | 385.00 |
| | | **Subtotals - Rafael Espinosa** | | **1.00** | **385.00** |
| 9/17/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, review internal Quickbooks accounting, reconcile bank accounts, enter American Express charges related to Midtown, upload docments needed for monthly MOR report for bankruptcy filing for August 2021, update 12/31/2020 year end adjustments. | 500 | 8.00 | 1,720.00 |
| 9/20/2021 | Juan Mederos | WIP: Consulting services<br>Research and provision of information related to voided check activity for the month of August 2021. | 500 | 0.50 | 107.50 |
| 9/20/2021 | Juan Mederos | WIP: Consulting services<br>Discussion with Ralph Espinosa regarding August 2021 MOR | 500 | 0.25 | 53.75 |
| 9/22/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents support monthly invoice billings in accordances with fee application requirements for the month of September 2021 | 250 | 1.00 | 215.00 |
| | | **Subtotals - Juan Mederos** | | **9.75** | **2,096.25** |
| 9/23/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of July 2021 billing | 250 | 0.15 | 10.50 |
| | | **Subtotals - Odalys Diaz** | | **0.15** | **10.50** |
| | | **Totals - All** | | **10.90** | **2,491.75** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    56689*
*Date            10/31/2021*
*Client No.     8517*

**For Professional Services Rendered Through October 31, 2021**

<u>Current</u>

Onsite visit on October 19, 2021 to assist with update of internal accounting, including:

-   Preparation of September 2021 bank reconciliations

-   Preparation and organization of documents needed for monthly
    Debtor in Possession operating report

| | |
|---|---:|
| Current Amount Due | $    2,226.05 |
| Prior Balance | 42,145.90 |
| Total Amount Due | $    44,371.95 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,226.05 | 2,491.75 | 7,085.85 | 1,899.00 | 30,669.30 | 44,371.95 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

**Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.**    **Midtown Campus Properties, LLC**
**Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 10/1/2021 - 10/31/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/2021 | Rafael Espinosa | WIP: Partner Time<br>Review September MOR report information | 10 | 0.83 | 319.55 |
| | | **Subtotals - Rafael Espinosa** | | **0.83** | **319.55** |
| 10/19/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, obtain and reconcile U.S. Bank activity, enter remaining<br>credit card activity paid by Roger International, review and update<br>internal accounting, prepare information needed for September 2021 | 500 | 7.75 | 1,666.25 |
| 10/22/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents supporty monthly invoice billings<br>in accordances with fee application requirements for the month<br>of September 2021 | 250 | 1.00 | 215.00 |
| | | **Subtotals - Juan Mederos** | | **8.75** | **1,881.25** |
| 10/12/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of September 2021 billing | 250 | 0.36 | 25.25 |
| | | **Subtotals - Odalys Diaz** | | **0.36** | **25.25** |
| | | **Totals - All** | | **9.94** | **2,226.05** |



Certified Public Accountants & Advisors

*Midtown Campus Properties, LLC*
*782 NW 42nd Ave*
*Suite 550*
*Miami, FL  33126*

*Invoice No.    56792*
*Date            11/17/2021*
*Client No.      8517*

**For Professional Services Rendered Through November 17, 2021**

Current

| | |
|---|---|
| Conference call on November 4, 2021 to discuss sales contract agreement and tax effect. | $      1,200.00 |

Onsite visit on November 10, 2021 to assist with update of internal accounting, including:

-  Preparation of October 2021 bank reconciliation

-  Preparation and organization of documents needed for monthly
   Debtor in Possession operating report.                                               2,085.60

|  | |
|---|---|
| Current Amount Due | $      3,285.60 |
| Prior Balance | 44,371.95 |
| Total Amount Due | $___47,657.55 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 5,511.65 | 2,491.75 | 7,085.85 | 1,899.00 | 30,669.30 | 47,657.55 |

Payment is due upon receipt.  In the event you have a problem with this statement, you have the right to submit your questions in writing within 30 days.  Otherwise, this statement is final.

**Please make your check payable to Garcia, Espinosa, Miyares, Rodriguez, Trueba & Company, LLP.  We also accept all major credit cards.  To process your credit card payment, please call Odalys Diaz at (305) 529-5440.**

*Thank you for allowing us this opportunity to serve you.*

*CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS*
2600 Douglas Road, Suite 800 Coral Gables, FL 33134
PHONE 305 529 5440 / FAX 305 529 5441 / www.gemrtcpa.com

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.

Midtown Campus Properties, LLC
Client 8517.0

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 11/1/2021 - 11/17/2021**

| Posting Date | Employee | Description | Billing Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/4/2021 | Rafael Espinosa | WIP: Partner Time<br>Review of sales contract agreement, discuss tax with Juan | 10 | 1.00 | 385.00 |
| 11/5/2021 | Rafael Espinosa | WIP: Partner Time<br>Conference call to discuss sale price breakdown of property | 10 | 1.00 | 385.00 |
| 11/12/2021 | Rafael Espinosa | WIP: Partner Time<br>Review October MOR report information | 10 | 0.75 | 288.75 |
| | | **Subtotals - Rafael Espinosa** | | **2.75** | **1,058.75** |
| 11/4/2021 | Juan Mederos | WIP: Consulting services<br>Review of potential sales figues and agreements, phone calls<br>with Paul Battista, meet with Ralph, perform tax research | 500 | 1.00 | 215.00 |
| 11/5/2021 | Juan Mederos | WIP: Telephone call with client<br>Participate in conference all to discuss proposed allocation of sale<br>price breakdown of Midtown Campus property | 212 | 1.00 | 215.00 |
| 11/10/2021 | Juan Mederos | WIP: Consulting services<br>Visit client, prepare bank reconciliations for all bank accounts,<br>review and revise internal accounting, input pending credit card<br>transactions, provide consultation on accounting for related parties,<br>prepare reports needed for monthly MOR preparation | 500 | 6.58 | 1,414.70 |
| 11/15/2021 | Juan Mederos | WIP: Consulting services<br>Research voided checks from 9/2021 | 500 | 0.17 | 36.55 |
| 11/17/2021 | Juan Mederos | WIP: Manager / Supervisor Billing<br>Preparation of documents support monthly invoice billings<br>in accordances with fee application requirements for the months<br>of October 2021 and November 2021 | 250 | 1.50 | 322.50 |
| | | **Subtotals - Juan Mederos** | | **10.25** | **2,203.75** |
| 11/17/2021 | Odalys Diaz | WIP: Manager/Supervisor Billing<br>Preparation of October and November 2021 billing | 250 | 0.33 | 23.10 |

Garcia, Espinosa, Miyares, Rodriguez, Trueba & Co.                          **Midtown Campus Properties, LLC**
                                                                             **Client 8517.0**

**Client Ledger**
**Primary Partner - Client Code**
**For the Period: 11/1/2021 - 11/17/2021**

|  |  |  | Billing |  |  |
| Posting Date | Employee | Description | Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
|  |  | **Subtotals - Odalys Diaz** |  | **0.33** | **23.10** |
|  |  | **Totals - All** |  | **13.33** | **3,285.60** |

**EXHIBIT "4"**

**FEE APPLICATION SUMMARY CHART**

| REQUEST | | | | | APPROVAL | | | | PAID | | | HOLDBACK | |

| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/2021 | 304 | 5/8/20-12/31/20 | $ 24,989.25 | $ - | 2/12/2021 | 328 | $ 19,991.40 | $ - | | | | $ - |