UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MIDTOWN CAMPUS PROPERTIES, LLC,

Chapter 11
Case No. 20-15173-RAM

Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR
REJECTING DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**

**TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE
INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]**

The *Second Amended Plan of Reorganization* ("Plan") filed by the above-captioned Debtor on November 7, 2021 [ECF No.516] can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for creditor (insert name) __Saver Incorporated__ for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| General Unsecured Claims | Class 4 | $ 3,633,795 *\** |

The undersigned [Check One Box]  ☒ Accepts **\*\***    ☐ Rejects
the Plan for reorganization of the above-named Debtor.

Signed: _[signature]_
Print Name: __John D. Eaton, Counsel for Saver__
Address: __1792 Bell Tower Lane__
Phone: __(954) 376-3176__
Date: __12/6/21__

★★★ FILE THIS BALLOT ON OR BEFORE DECEMBER 6, 2021 ★★★

with:  Clerk of Bankruptcy Court:  C. Clyde Atkins United States Courthouse, Room 150, 301 N. Miami Avenue Miami, FL 33128

**OR** electronically via CM/ECF

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote.  Contact the plan proponent regarding incorrect or insufficient ballot(s).

\* Saver also has a secured claim that is in Class 3 of the Plan. This Ballot is for the Class 4 unsecured claim.

\*\* With changes announced at 12/2/21 Hearing

[12035-002/3041423/1]
LF-33 (rev. 10/10/14)