

**ORDERED in the Southern District of Florida on March 2, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

IN RE:                                                    Case No. 20-15173-RAM

MIDTOWN CAMPUS PROPERTIES, LLC,

   Debtor.                                              Chapter 11 Case
_____/

**AGREED ORDER RESOLVING THE DEBTOR'S OBJECTION TO
CLAIM OF AMERICAN STRUCTURAL CONCRETE, LLC**

**THIS CAUSE** came before the Court upon the *Debtor's Objection to Claim of Johns Creek Remodeling, LLC, FCCI Insurance Company As Assignee Of LP Construction, Inc., Capital Steel, Inc., American Structural Concrete LLC, Traffic2revenue, Inc. and Sims Crane* [ECF No. 536] (the "Objection To Claims") and related *Response by American Structural Concrete, LLC* [ECF No. 568] (the "Response"). The Court, having been informed that Midtown Campus Properties, LLC ("Debtor" or "Reorganized Debtor") and American Structural Concrete, LLC ("American Concrete") have agreed to the relief set forth herein, and finding that the relief is in the best interests of the Debtor, its estates and creditors, and being otherwise fully advised in the

premises, it is:

      **ORDERED** as follows:

    1.    The American Concrete Objection is resolved as set forth herein.

    2.    American Concrete's Claim No. 9 filed on October 13, 2020, asserting an unsecured claim in the amount of $255,517.47 ("Claim No. 9") shall be allowed in the amount of One Hundred Fifty Thousand Dollars ($175,000.00) (the "Settlement Payment").

    3.    The Settlement Payment shall be paid in accordance with the terms of the Global Settlement Agreement dated January 11, 2023 [ECF No. 710] and *Order Granting Reorganized Debtor's Motion for Entry of Order (I) Approving Final Distributions Pursuant to Second Amended Plan, (II) Approving Resolution of Claims Objections and Distributions Thereon, And (III) Granting Related Relief* [ECF No. 720].

    4.    The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of the terms and provisions of this Order.

###

**Submitted by**:

Mariaelena Gayo-Guitian, Esq.
VENABLE, LLP
*Attorneys for Reorganized Debtor*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
mguitian@venable.com

**Copies to:**
Mariaelena Gayo-Guitian, Esq.
[Attorney Gayo-Guitian shall forward a conformed copy of this Order on all parties in interest within three business days from entry and file a certificate of service in accordance with Local Rule 2002-1(F).