**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                Chapter 11

**MIDTOWN CAMPUS PROPERTIES, LLC,**            **Case No. 20-15173-RAM**

          Debtor.
_____/

**REORGANIZED DEBTOR'S MOTION FOR AUTHORIZATION**
**TO ABANDON AND/OR DESTROY CERTAIN OF THE**
**REORGANIZED DEBTOR'S BOOKS & RECORDS**

        **MIDTOWN CAMPUS PROPERTIES, LLC** (the "Debtor" or the "Reorganized

Debtor"), pursuant to 11 U.S.C. §§105 and 554(a) of chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code"), and Rule 6007 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and Local Rule 6007-1, by and through undersigned counsel, files this

motion seeking the entry of an order authorizing the abandonment and/or destruction of certain

books and records of the Reorganized Debtor as described in composite *Exhibit "A"* attached

hereto (the "Motion").  In support of the Motion, the Reorganized Debtor states as follows:

## JURISDICTION

        1.        This court has jurisdiction over this Motion pursuant to 28 U.S.C. §§157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue is proper in this district

pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

        2.        On May 8, 2020 (the "Petition Date"), the Debtor filed a voluntary petition in the

United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") for

relief under Chapter 11 of Title 11 of the United States Code, Case No. 20-15173-RAM (the

"Chapter 11 Case").

3.      On December 14, 2012, the Court entered the *Order (I) Granting Emergency Motion to Modify Debtors' Amended Joint Plan of Liquidating; and (II) Confirming the Debtors' Amended Joint Plan of Liquidating Dated October 16, 2012, as Modified* (the "<u>Confirmation Order</u>") [ECF No. 639].

4.      On December 21, 2021  (the "<u>Confirmation Date</u>"), the Court entered its *Order Confirming Second Amended Chapter 11 Plan of Reorganization Proposed by Midtown Campus Properties, LLC as Modified* [ECF No. 647] (the "<u>Confirmation Order</u>") confirming the Debtor's *Second Amended Chapter 11 Plan of Reorganization Proposed by Midtown Campus Properties, LLC* [ECF No. 516] (the "<u>Second Amended Plan</u>")[1] as modified by the Debtor's *Expedited Motion (I) To Modify Second filed by the Debtor Amended Chapter 11 Plan of Reorganization, and (II) For Related Relief* (the "<u>Motion to Modify</u>") [ECF No. 606].

5.      On December 23, 2021, the Debtor consummated the Second Amended Plan, pursuant to the terms of which the Project was sold and certain distributions were made to creditors with allowed claims.   In addition, pursuant to the terms of the confirmed Second Amended Plan and the Confirmation Order, the Debtor established a Disputed Claims Reserve, which contained the remaining funds from the sale of the Project and the funds in the Escrow Account, pending the resolution and/or settlement of objections to claims that the Debtor had filed, including specifically the secured claims asserted by Sauer and FCCI (each as defined below).

6.      On December 29, 2021, the Debtor filed a *Notice of Occurrence of Effective Date of Debtor's Second Amended Chapter 11 Plan of Reorganization, As Modified* [ECF No. 651]

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Amended Plan. All references to the Second Amended Plan shall refer to the Second Amended Plan as modified by the Motion to Modify.

verifying that all conditions precedent to the occurrence of the Effective Date of the Second Amended Plan were satisfied.

7.       On January 12, 2023, the Reorganized Debtor filed the *Reorganized Debtor's Motion Pursuant To Section 105(A) Of The Bankruptcy Code And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving The Terms Of A Global Settlement Agreement And Release By And Among The Reorganized Debtor, Sauer Incorporated, And Other Parties* [ECF No. 710](the "<u>Settlement Motion</u>"), seeking entry of an Order approving the terms of that certain Global Settlement Agreement and Release, dated January 11, 2023 (the "<u>Settlement Agreement</u>"), by and among (i) the Reorganized Debtor, (ii) each of Multi Assistance Services, Inc., College Park Group, LLC, RDG Midtown, LLC and Antonio M. Sierra (collectively, the "<u>Midtown Members</u>"), (iii) each of Oscar A. Roger, Oscar Roger, Jr. and Roger Development Group, Inc. (collectively, the "<u>Rogers</u>"), (iv) Sauer Construction, LLC f/k/a Sauer Incorporated ("<u>Sauer</u>"), (v) Federal Insurance Company ("<u>Federal</u>"), (vi) Fidelity National Title Insurance Company ("<u>Fidelity</u>"), (vii) FCCI Insurance Company ("<u>FCCI</u>"), and (viii) LP Construction, Inc. ("<u>LP</u>"), Midtown, the Midtown Members, the Rogers, Sauer, Federal, Fidelity, FCCI and LP (collectively, the "<u>Parties</u>").

8.       On February 2, 2023, the Court entered the *Order Approving Stipulation Reorganized Debtor's Motion Pursuant To Section 105(A) Of The Bankruptcy Code And Fed. R. Bankr. P. 9019 For Entry Of An Order Approving The Terms Of A Global Settlement Agreement And Release By And Among The Reorganized Debtor, Sauer Incorporated, And Other Parties* [ECF No. 719] (the "<u>Settlement Order</u>") approving the Settlement Agreement which provided, in pertinent part, for the final compromise, resolution and settlement of any and all issues, claims and disputes between and among Midtown, Sauer and the other Parties, including, but not limited to, those disputes related to the Project, the Chapter 11 Case, the Sauer Claim, the Sauer

Adversary, the Counterclaim, the Completion Contract, the Escrow Agreement, the FCCI Bond, the Federal Bond, the FCCI Claim, the LP Claim of Lien, the LP Subcontract, the Pedreiras Subcontract, the Pedreiras Lawsuit, the Sauer Alachua Case, the Assigned Claims, and the Midtown Alachua Case, all in accordance with the terms and conditions set forth in the Settlement Agreement.[2]

9.      Contemporaneously with the filing of the Settlement Motion, the Reorganized Debtor filed *Reorganized Debtor's Motion for Entry of Order (I) Approving Final Distributions Pursuant to Second Amended Plan, (II) Approving Resolution of Claims Objections and Distributions Thereon, And (III) Granting Related Relief* [ECF No. 715](the "Distribution Motion"), seeking the entry of an Order approving the resolution of all remaining objections to claims and approval of a proposed distribution of the remaining funds in the Chapter 11 Case, subject to maintaining certain reserves for post-confirmation matters.

10.     On February 2, 2023, the Court entered its *Order Granting Reorganized Debtor's Motion for Entry of Order (I) Approving Final Distributions Pursuant to Second Amended Plan, (II) Approving Resolution of Claims Objections and Distributions Thereon, And (III) Granting Related Relief* [ECF No. 720](the "Distribution Order").

11.     On March 7, 2023, the Reorganized Debtor filed a *Notice and Summary of Post-Confirmation Fees and Expenses Incurred By Professionals* [ECF No. 727] ("Fee Notice") giving notice of the amounts due to each professional for fees and expenses post-confirmation.

12.     Contemporaneously with the filing of this Motion, the Reorganized Debtor has filed the *Reorganized Debtor's Motion for Final Report and Motion for Entry of Final Decree Closing Chapter 11 Case* seeking the entry of a Final Decree.

---

[2] Each of the capitalized terms used in paragraph 8 shall have the meanings set forth in the Settlement Agreement.

## DEBTOR'S BOOKS AND RECORDS

13.     As a result of the Debtor's acquisition, construction, development, leasing and sale of the Midtown Campus Project (the "Project") and the Debtor's Chapter 11 Case, the Reorganized Debtor is in possession of a substantial volume of documents, hard copy records, electronic records and miscellaneous materials that were accumulated and maintained by the Reorganized Debtor in the ordinary course of its business over many years, including, but not limited to, items such as: (i)  architectural plans; (ii) real estate records; (iii) construction drawing plans, (iii) corporate records; (iv) financial reports; (v) human resource records; (vi) contracts with suppliers and vendors; and (v) various other documents (collectively the "Documents"), which Documents are described in more detail on attached *Exhibit A*.  The Documents comprise approximately 71 boxes for which the Reorganized Debtor must pay a monthly fee to store at a storage warehouse.

14.     Given the completion and sale of the Project, confirmation and consummation of the Second Amended Plan, and most recently the entry of the Settlement Order and the Distribution Order, the Reorganized Debtor has determined as part of its wind-down efforts that it is no longer necessary for the Reorganized Debtor to continue to maintain and store the Documents, including because cost of doing so is burdensome to the Reorganized Debtor and the Documents are of inconsequential value.

## RELIEF REQUESTED

15.     By this Motion and pursuant to sections 105(a) and 554 of the Bankruptcy Code, the Reorganized Debtor requests authorization to abandon, dispose of and/or destroy the Documents as being burdensome and of inconsequential value. Maintaining and preserving the

Documents is an administrative burden upon the Reorganized Debtor, as monthly storage fees continue to accrue and be paid, with no further benefit to the creditors or parties-in-interest.

16.     Further, the Documents relate to the Reorganized Debtor's operations prior to its emergence from the Chapter 11 Case.   Thus, the Reorganized Debtor believes that the Documents relate only to matters that were either settled or resolved in and by the Debtor's Chapter 11 Case.   Therefore, destroying the Documents would not negatively affect the administration or closing of the Reorganized Debtor's Chapter 11 Case.

17.     No creditor or party-in-interest will be prejudiced by the granting of the relief requested herein.

### BASIS FOR RELIEF REQUESTED

18.     Section 554(a) of the Bankruptcy Code allows a trustee or debtor in possession to abandon and destroy its interest in property of the estate if the property is (a) "burdensome to the estate" or (b) "of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a); *see also Midlantic National Bank v. New Jersey Department of Environmental Protection*, 474 U.S. 494, 507 (1986) (noting that a trustee's power to abandon property is broad, subject only to state laws or regulations "reasonably designed to protect the public health or safety from identifiable hazards"); *Cult Awareness Network*, 205 B.R. 575, 579 (Bankr. N.D. Il. 1997) (the court must examine trustee's decision to abandon property to ensure it reflects business judgment made in good faith).

19.     The same standard that applies to a debtor's request to use, sell or lease assets of the estate pursuant to section 363 of the Bankruptcy Code also applies to a debtor's request to abandon property pursuant to section 554 of the Bankruptcy Code. Generally, when a debtor seeks to use, sell or lease assets of the estate pursuant to section 363 of the Bankruptcy Code, the debtor's good faith business judgment regarding the proposed transaction should not be disturbed

absent a showing that the transaction constitutes an abuse of discretion or is contrary to the interests of the creditors. *See Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143, 149-50 (3d Cir. 1986). When a debtor determines to abandon property pursuant to section 554 of the Bankruptcy Code, the same business judgment standard applies. *See Cult Awareness Network*, 205 B.R. at 579.

20.    The Reorganized Debtor is not aware of any party holding a possessory interest in the Documents.  The Reorganized Debtor also believes that the Documents should destroyed in order to protect any potential confidential or proprietary information.

21.    Based upon the foregoing, the Reorganized Debtor seeks to abandon and/or destroy the Documents and pay any destruction costs associated therewith.

**WHEREFORE**, the Reorganized Debtor respectfully requests the Court enter an Order (i) granting this Motion; (ii) authorizing the Reorganized Debtor to abandon, destroy and/or otherwise dispose of the Documents as requested herein; and (iii) granting such additional relief as the Court deems just and appropriate.

Dated this 9th day of May, 2023.

Respectfully Submitted,

**VENABLE, LLP.**
*Attorneys for the Reorganized Debtor*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:    /s/*Mariaelena Gayo-Guitian*
Paul J. Battista, Esq.
Florida Bar No. 884162
pjbattista@venable.com
Mariaelena Gayo-Guitian, Esq.
Florida Bar No. 8813818
mguitian@venable.com
Heather L. Harmon

7

Florida Bar No.013192
hlh@venable.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Motion was served to all

registered users through the CM/ECF System or by U.S. Mail to all other parties on the attached

service list on this 9th day of May, 2023.

By: ___/s/ *Mariaelena Gayo-Guitian*___
Mariaelena Gayo-Guitian

EXHIBIT A

## \BOX 1 - MIDTOWN

- Misc. release of liens
- Midtown schedules 2015
- Loose liens, contracts, etc
- Midtown financial reports end of 2018
- Midtown global market financials
- Midtown cash flow 2018
- Midtown loan request 2016
- One college part budget estimate 2015

## BOX 2 – MIDTOWN

- Maria Bosch – Misc binder
- Maria Bosch – midtown binder
  - o   Universal inspections July/Dec 2016
- Site pictures
- Loose papers
- Individual releases file/folder
- Box within box
  - o   Submittals
  - o   Finishes
  - o   Specialties
  - o   Trash chute
  - o   Equipment
  - o   Furnishing
  - o   Spec Construction
  - o   Conveyer Service Elevator
  - o   Fire Supression
  - o   Plumbing
  - o   HVAC

## BOX 3 – MIDTOWN

- BCC RFI 2016
- Bid book 2016
- Sauer / Frank Costa notes 2017
- Misc loose papers/payroll folder
- Binder/ contractor's bid / frank costa copies – Midtown
- Binder / cabinets plans / one college park
- Binder / Maria Bosch / Review of files / 3-7-2018
- Binder / Frank Costa / payouts – draws
- Binder / submittals / #5 metals structural steel, #6 wood & plastic, #& thermal, moisture, roofing, caulking, #8 storefront

## BOX 4 – MIDTOWN

- Binder / one college park / notice to owner
- Binder / midtown campus properties / specifications
- Binder / RFI / midtown campus properties
- Frank Costa emails backups
- Binder / Sauer / submittals / light fixtures package
- Binder / Sauer / submittals / countertop and millwork cabinet stop drawings

## BOX 5 – MIDTOWN

- Binder / GC bids & contractors / midtown campus properties LLC
- Binder / post logs / one college park
- Binder / 206 frank notes
- Binder / bins inventory / midtown apartments
- Binder / pictures 2nd floor
- Binder / midtown campus properties / note vault 2018
- Binder / midtown campus properties / proposed amendment to construction loan agreement
- Binder / midtown campus properties / RFI / Sauer inc.
- Binder / midtown campus properties / daily report from august 2017 – march 2018
- Binder / midtown campus property / BCC-RFI

## BOX 6 – MIDTOWN

- Binder / SOV contractor & bids / midtown campus properties LLC
- Binder / pay apps / schedule of values
- Binder / universal / concrete control breaks
- Binder / contractors and divisions 2017
- Binder / midtown campus properties / GC bids & contractors
- Binder email from chip amendment to Maria Bosch  (2/8/18 to 2/23/18 – 1/19/18 to 2/8/18)
- Binder / midtown campus properties / payment request & payment confirmation
- Binder email from agreement to Maria Bosch 2/23/18 to 3/22/18

## BOX 7 – MIDTOWN

- Binder / midtown issues files
- Binder / midtown campus work product
- Binder / email club agreement and Maria Bosch 1/2/18 to 1/9/18
- Binder / MCP / email kevin shields and maria bosch 2/22/18 to 6/5/18
- Binder / kevin shields and maria bosch 6/5/18 to 8/15/18
- Binder / payment request & payment confirmation
- Binder / MCP / Notice to owner / notice of non payment confirmation
- Binder / proposed amendment / general condition 2 of 2

## BOX 8 – MIDTOWN

- Binder / stone gate general conditions
- Misc loose paperse, plans, printed emails, blank check copies
- Loose invoices + Vivian and Emily
- Folders / globe construction / Loewe's  construction insurance, package slip, authorization forms, etc.

## BOX 9 – MIDTOWN

- One college park change order #2
- Binder / backup deducted change order
- Change order #2 – binder copy
- Misc loose paper 11 X 17 – Sauer project schedules, pictures, etc

## BOX 10 – MIDTOWN

- Frank's filing cabinet
- Pay apps, emails, copies, plans, Sauer, project schedules, handwritten notes

## BOX 11 – MIDTOWN

- Franks desk
- JCB 5/11/20, water intrusion, jose Gonzales timesheets, pending items,  frank notes, receipts main office, lawyer becker 8-21-19

## BOX 12 – MIDTOWN

- Franks desk
- To be scanned 2/27/2020, marcia to review, fire, September 2018

## BOX 13 – MIDTOWN

- Franks desk
- Scanned notes to maria + melley 5/1/19, hughes, gables premier

## BOX 14 – MIDTOWN

- 2 message books, misc. loose papers (email copies, plans, check copies, handwritten notes)

## Box 15 – MIDTOWN

- 305 orders, amex September, queries 6/3/19, CAHMP plumbing, Gro applications, Dan Hygma
- June 2019, July daily's, Loisman, OAC management, midtown timesheets, mezzanine area 4
- Oscar task, Pay app #20, panel purchase, plumbing area 1, premier stormproof 6/20/19
- Sunbelt 6/26/19, September V&G quality service

## BOX 16 – MIDTOWN

- Oscars office (invoices, pay apps, misc. loose papers

## BOX 17 – MIDTOWN

- Correspondence emails between RDG & Zimmer Construction
- Daily report from November 2018 – February 2019
- Daily report April 2018 – September 2018
- Daily log 2017
- GC's bid & contractors (BCC based of June 22 schedule of values)

## BOX 18 – MIDTOWN

- City of Gainesville / city inspections
- A1A documents A102 & A201 – Bradenton cove construction & Midtown properties campus
- Financial reporting 2nd quarter 2015 – 4/1/15 – 6/3/15
- Monthly construction/ borrower reports (DACA) march 5/2019
- BMI update meeting 11/17/2016

## BOX 19 – MIDTOWN

- Bradenton Cove Construction – email litigation volume 1
- Bradenton Cove Construction – email litigation volume 2
- One College Park – weekly progress report book #1
- One College Park – weekly progress report book #2

## BOX 20 – MIDTOWN

- Daily log 2016
- Financing – January 2019
- Midtown – book one emails  June 2016 – August 2016
- Midtown – book two emails August 2016 / September 2016

## BOX 21 – MIDTOWN

- Book eight: emails – June 2017 – June 217
- Book seven: emails – June 2017

## BOX 22 – MIDTOWN

- Book six: emails – June  2017 – July 2017
- Book five: emails – March 2017 – May 217

## BOX 23 – MIDTOWN

- Book four: emails – January 2017 / March 2017

- Book three: emails – October / January 2017

## BOX 24 – MIDTOWN

- Villa Biltmore – The Bosch Group binder (provided July 6, 2018)
- One College Park – Universal log 2016
- Midtown – Universal Engineering 2016

## BOX 25 – MIDTOWN

- 8/26/16 - 12/23/16  → Universal Engineering (soil daily reports, concrete testing, threshold inspections) Midtown
- Midtown – Universal Engineering 2017

## BOX 26 – MIDTOWN

- Universal Engineering 2016
- Universal Engineering 2019
- Universal Engineering 2019 X2

## BOX 27 – MIDTOWN

- Universal Engineering sciences (Binder)
- Email correspondence/ St Augustine church / chronological book 1 – January 2007/March 2008

## BOX 28 – MIDTOWN

- Sauer – SOV contracts & bids
- Sauer – Midtown Apartments/ One College Park

## BOX 29 – MIDTOWN

- Sauer buy out binder – sent out by chip 12/15/2017
- Sauer buy out log binder 11/28/2017
- One College Park – Sauer buy out log 1/2/2018
- Sauer last report
- Meeting with Sauer 10/31/2017

## BOX 30 – MIDTOWN

- Meeting with Sauer 10/31/2917
- Midtown GC bids – Binder 1: division 1 to 7
- A/C equipment back up (hand delivered to Capital Bank 9/21/2017)
- Sworn statement of account binder #2
- Specifications – last updated June 7/2016

## BOX 31 – MIDTOWN

- Midtown lowest bid
- Midtown – loan underwriting documents
- GC bids & contractors / last updated July 12/2016
- GC bids – binder 2: division 8 to 16

## BOX 32 – MIDTOWN

- Underwriting documents citigroup
- Timeline (March 2017 – April 2018) meeting April 24/2018
- Midtown – general contractor & subcontractors
- Schedule – critical path
- TGVS Enterprises inc – general contractors

## BOX 33 – MIDTOWN

- Pay apps – Frank Costa BK / preview 7/27/2017
- Midtown – Past Contractors
- REKS Contractors – 2016/2017
- Midtown apts/ one college park – SOV contracts & bids
- NPDES storm water – regulatory construction compliance inspection report
- Midtown / one college park / SOV contracts & bids

## BOX 34 – MIDTOWN

- Entire file – Silvia Novelli
- Due diligence binder – volume 2
- Due diligence binder  - volume 1
- Payment application – Bradenton Cove Construction

## BOX 35 – MIDTOWN

- Sworn statement of account #1
- Note vault – 2019
- Permits Bradenton cove construction LLC as general contractor
- Bradenton cove construction and subcontractors
- Note vault 2020

### BOX 36 – MIDTOWN

- One College Park
- Midtown apartments – information to the build of project 2015-2016
- Midtown one college park – amended contracts
- One College Park

## BOX 37 – MIDTOWN

- Midtown apartments – one college park (Gainesville, Florida)
- Midtown apartments – one college park (Gainesville, Florida)

- One college park
- One college park
- Midtown campus properties – change of contractor / Alfredo Llop
- Midtown apartments residential unit plans

## BOX 38 – MIDTOWN

- Midtown campus Gainesville OCP – change orders
- Black midtown binder
- Payment application 13,14, 15 – Sauer incorporated draw No. through 18
- Payment application Sauer incorporated draw 10 -> U.S Bank

## BOX 39 – MIDTOWN

- Payment application 16,17,18 – Sauer inc. Draw 1 – 2 U.S Bank
- Payment application 19,20,21,22 Sauer Inc. draw 3 – 9 U.S Bank
- Capital bank – soft cost draw 1 through 12
- Capital bank – soft cost draws 13 through ----

## COST 40 – MIDTOWN

- Midtown capital bank – hard cost draws 1 through 9
- Midtown capital bank – hard cost draws 10 through 16
- Midtown capital bank – hard cost draw 17 and 18
- Midtown capital bank – soft cost draw 1 through 5

## BOX 41 – MIDTOWN

- Midtown U.S bank – soft cost draw 6 through 14
- Midtown U.S bank – hard cost draw 1 and 2
- Midtown U.S bank – hard cost draw 3 through 9
- Midtown U.S bank – hard cost draw 10 through 17

## BOX 42 – MIDTOWN

- One college park change order #3 draft
- One college park change order #3
- Sauer inc. one college park change #3 / November 20, 2019
- Midtown campus properties LLC, change order #3

## BOX 43 – MIDTOWN

- Equity backup documents / book 4
- Equity backup documents / book 3
- Equity backup documents / book 2
- Equity backup documents / book 1

## BOX 44 – MIDTOWN

- Equity backup documents / book 1 midtown campus properties LLC
- Permits – Sauer inc as general contractor
- Subcontractor / contracts & purchase order / Sauer inc as general contractor
- Payment application / Sauer incorporated / draw 1 through 15

## BOX 45 – MIDTOWN

- One college park / change order #3 / draft with backup
- Midtown / chapter 11 / bankruptcy
- A1A documents A102 & A201 / Sauer inc and midtown
- Midtown / chapter 11 bankruptcy

## BOX 46 – MIDTOWN

- Laguna house binder
- Laguna house binder
- Environmental report / laguna house at Merrick Park

## BOX 47 – MIDTOWN

- Maria Bosch / Midtown campus properties/ Universal inspections January 2017 to February 2017
- Midtown daily report / February 2019 to June 2019
- Maria Bosch – Midtown Property Campus
- Bradenton Cove Construction / Email litigation volume II 1 of 2

## BOX 48 – MIDTOWN

- Bradenton Cove Construction / Email litigation volume II 2 of 2
- Bradenton Cove Construction / Email litigation Volume I 2 of 2
- Bradenton Cove Construction / Email litigation volume I 1 of 2
- Maria Bosch / Midtown Camus Properties

## BOX 49 – MIDTOWN

- Midtown Campus Properties/ Daily Report August 2019 – March 2018
- Maria Bosch / Midtown Campus Properties
- Midtown Campus Properties / Sauer Contract
- Maria Bosch / Midtown Campus Properties
- Midtown Campus Properties / Cities request for qualifiers
- Midtown Campus Properties / Daily Report from November 2018

## BOX 50 – MIDTOWN

- City of Gainesville / Building permit / Sauer 8/3/2017
- Midtown / Daily report April 2018 – September 2018

- Midtown Campus Properties / Gainesville emails Maria Bosch to read
- Midtown Campus Properties / Fire protection shop DWG
- Sauer Contract & schedule Midtown

## BOX 51 – MIDTOWN

- Midtown Campus Properties / Gainesville / Sauer Inspection part 2
- Midtown Campus Properties / Project Subcontract Agreement and Purchase
- Midtown Campus Properties / Project Subcontract Agreement & Purchase from Amanda

## BOX 52 – MIDTOWN

- Maria Bosch / Midtown Campus Properties
- Maria Bosch / Midtown Campus Properties

## BOX 53 – MIDTOWN

- Midtown Campus Properties / Scheduling / Part 1 / 2-14-2018 to 5-22-2018
- Midtown Scheduling / Part 2 / 9-30-2018 to 11-27-2018

## BOX 54 – MIDTOWN

- Midtown Campus Properties / Project Subcontract Agreement
- Schedule Midtown Campus

## BOX 55 – MIDTOWN

- One College Park / legal notices / deposition / hearings / Pt. 1
- Roger Development / Pedreiras documents

## BOX 56 – MIDTOWN

- One College Park / legal notices / hearings / depositions/ Pt. 2
- Midtown Campus Properties / Timeline / March 2017 – April 2018

## BOX 57 – MIDTOWN

- Requested documents volume II – 1 of 2
- Daily Report from 5/9/16 to 11/21/16
- Daily Report from 11/22/16 to 12/30/16
- Daily Report from 1/3/1 7 to 3/31/17
- Daily Report from 3/31/17 to 7/17

## BOX 58 – MIDTOWN

- A/C closet files

# **BOX 59 – MIDTOWN**

- A/C  closet files

**BOX 1**

- Airsven Services
- Allison Ables Real Estate – Apartments
- All Fast Fasteners & Tool Supply
- Aldora Aluminum & Glass
- Aguilar Builders
- Air Supply Mechanical System
- American Locksmith
- Advanced Reprographics
- AFX, IBEX/INS
- Action Rental Tax
- Airmag
- Addendum HKA Global
- Advanz
- Action Labor
- A3 Works Group
- ABC Supply Co
- A/C Warranty
- A1 work group
- Action Equipment
- Action Labor


**Box 2**

- Amazon
- Ally
- All State Compactors
- Amaya Finishes
- All out Fence
- American Locksmith
- American Carpet
- American Fastners
- American Charter Services
- Anderson Estremort Verbel
- Aquatic
- Argos
- CHW – ALTA/NSPS Land Title Survey
- Anixter
- ADT
- Annual Report
- Anthony Peacock
- Annie Marie Sierra

- ARES
- Armin Mohsen Sadrameli
- Articles of Organization
- AAroma 360
- Arthur J. Gallahger – Builders Risk Policy
- Arthur J. Gallagher – Exces Liability
- Arthur J. Gallagher – Geenral Liability Policyy
- Arthur J. allahger – Insurance Applications
- Asset Campus USA
- AT&T – Relocate/Move Crossbox
- AT&T
- Avison Young
- AVP Construction
- AZ&N Services
- Aztec Group – Non- Exclusive Agreement
- B&M Equipment
- Baker Hosterler – Agreement
- Baker Hosterler
- Baseboard Paint & Restoration
- Baseboards & Dehumidifier Letter
- BCC
- Beltz Portable Toilets
- Berkel & Company Contractor

**BOX 3**

- Becker & Poliakoff – Retainer Agreement
- Becker PowerPoint - Pedreiras Vs. Midtown
- Berkel Company
- Becker and Poliakoff P.A
- Bonnell Aliminum
- BMI – 3M Capital Call
- BMIP Holdings
- Bluebeam
- Black Suppl Inc
- Bilzin Sumbug Baena Price & Axelrod
- Cox Communications #7601
- Cox – Church #7501
- Cox Account - #0407
- Cox Communications #8121
- Cox Business – Commercial Service Agreement
- Cox - #1922
- Cox - #1801
- Cox Communications Inc – Virtual Account #1202

- CORT Business Services
- Crowd Control Warehouse
- Croft Concrete Pumping
- Custom Air and Mechanical

**Box 4**

- Dade County Aluminum
- D Father & Son
- Daniel Bui
- Daniel Quintana
- David Patillo & Associates
- DAX
- Deborah Bovarnick Mastin
- Deco Networks
- Deniella Smith – Interior Design
  Darlene Roman – Rossy
- Danny Flag
- Direct Plus
- Digital Assurance Certification
- Deficiency Saur
- Deluxe for Business
- Deposits to be Requested
- Bulk Internet & Video Service
- Digital Sattelite Service
- Dolphin Kitchen & Bath
- Dantion/Contrubution
- Doors & Windows Surgeon
- DTM Insulation
- Draw Request – Multi Assitance
- Deyers Carpet
- Earth Tech (DE)
- Earth Tech – geotechnical letter
- Earth tech AIA agreement
- Earth Tech – Virbo Replacement (ground improvement)
- Earthwork – litigation summons
- Earthwork – general release
- Earthwork litigation
- Eastern Air Express
- ECS Florida
- ECS Florida load test letter
- Ecological Furniture
- Ed Huish Plumbing
- Ed Martin

- EF Alvarez Company

**Box 5**

- Eisinger Law
- EIN
- Elevator Permits
- Electrical Submittals
- Emails to/ from bank – funding
- Emails from Maria Bosch / Capital Bank
- Emily Virginia Barro Leon
- Engle, Martin & Associates
- Envato
- E-renters plan/ Wynwood unit 253
- E-renters plan/ Wynwood unit 230
- Erik Electric
- Ernie Macias
- Espiritu Santo Graphics
- Eternity Earthscapes & Building materials
- Eugenio Gonzalez
- EWM – authorization release
- Express services
- General liability 2020
- Ana Luisa Jo Fong
- Anyeley Recate
- Ana Roxana Cruz de Rodriguez
- Cesar Sandoval
- Emily Virginia Barrus Leon
- Fong Investments
- Cristobal Sotomayor
- Dereck Martin
- Gabriela Ortiz
- Hunter Davis
- Jen Silva
- Luis Alberto Martin
- Marlon Gomez
- Michael Felix
- Miguel Aguilera
- Miguel Rocco Genva
- Miguel Gonzalez
- Javier Ruiz
- Jesus Bernando Hernandez

- Jose Godinez
- Jose Rufino
- Juliana Marques
- Juan G Ricaldez Candelero
- Ninoska Leon
- Omayra Sanchez
- Vivian Vizcaino
- Robert Faulkner
- Ronald Fuenff  mayor
- GRU – 2021
- GRU – St Agustin Utility account
- GRU – 3403
- GRU – Connection Lines
- GRU – Project Site
- GRU – Warehouse
- GRU – Hydrant Meter
- GRU – church 8357
- GRU – Construction trailer
- GRU – Interceptor Permit
- Development Estimate Fee
- GRU – NW 1st Ave
- GRU – 117 NW 17th APT A
- GRU – 3461 SW 2nd Apt 230

**Box 6**

- GRU – 1866
- GRU – 0432
- GRU – 9189
- GRU – 5929
- GRU – 6641
- GRU – Utility Construction Permit
- GRU - -584
- GRU – 8413
- GRU – 9078
- GRU – Correspondence
- GRU – Utility Agreement
- GRU – Midtown Apartments Accounts
- Guardians of Green Lawn
- Guillermo Urriaga
- Hallmarc Inc
- Hardpoint Construction
- Hardware Distributors
- Harlan Clarke

- Hayward Baker
- Hardtford Bond – commercial surety application
- The Hartford – Bond Mot
- HD Supply Commercial & Industrial
- Hector Framing & Gallery
- Hilt inc.
- Hokman inc.
- Hometown Plumbing Service
- The Home Depot
- Howard Leasing
- Hudson Furniture
- Hunter Davis
- Hughes Supply
- IGE Construction
- Impact Computers
- Inducon Corporation
- Irianski Martinez
- Insurance BCC
- Workers Comp BCC
- Incident/Investigation Report
- Interior Exterior Building Supply
- Internship Resumes
- Ivanhoe Castrejon
- Ivens Aims Family Plumbing

**Box 7**

- Jack Lovelace
- JAG insurance
- Jago Drywall & Framing 777
- Jao Drywall & Framing
- Jaqueen entertainment
- J&D Enterprise
- Jeremy Caceres
- J.J Finlay PTA
- Jaremi Olmos
- Jayron Flores
- J.D Chester & Associated Concepts
- JMJ Consulting Engineers
- Jobsite 911 address
- John Freeland – City of Gainesville
- Johnstone Supply

- Jose Daniel Quero
- Jose E. Medina – Licensed Real Estate
- Jose Luiz Ramirez
- Jose Manuel Gonzalez
- Joseph 305 windows
- Joseph Lancaster
- Lourdes Melendez
- Jose Natuaren Flooring
- Juan Antonio Lopez Gonzalez
- Julio Electric Corp
- JSC Systems
- Kazlow & Fields LLC
- Kadik Holding – House of Workers
- Kelle Contine Interior Design
- Ker Group
- Kertiles
- Kevin Steinmeyer
- Kimberly group payroll
- Kimble Brown Enterprises
- King of Salen Tiling
- LT Cleaning Services
- Laguna Merrick
- Laguna BMI Loan Package
- Lawn Enforcement Agency
- Lai Realty
- Land parcel number
- Lanteen vending
- Layla Adamo
- Lease agreement – 2222 West university Ave
- Leasing office – midtown apartments
- Legacy sport  & F Sale midtown campus
- Letter of intent – Grog House
- Letters to BCC
- LD Construction
- Pablo Santo
- PGAL
- Croma

**BOX 8**

- PGAL
- Phillip Stansel
- PGAL minute meetings

- PGAL redesigned foundations
- PGAL
- PGAL
- Permit Set – Site Foundation DVD
- Demolition permit - #DB-18-05062 – Sauer
- Gas commercial permit - #BP – 17 – 04560 (void) – Sauer
- Plumbing (new) commercial - # BP-17-04560 – Sauer
- Fire alarm permit #BP – 18 – 040822
- Plan search permit # BP18-04562 – Sauer
- Fire sprinkler permit # BP- 17 -04560 – 03 – Sauer
- Plumbing commercial (void) #BP – 17 – 04560 – 02- Sauer
- Electrical commercial (new) permit #BP – 17 – 04560 – 01 – Sauer
- Phase II permit #BP – 17 – 04560 – Sauer
- Additional stair #6 permit #BP – 17 – 04559 -11 – Sauer
- Gas Commercial permit # BP – 17 – 04559 – 10 – Sauer
- Plumbing Commercial (new) #BP – 17 – 0459- 09 – Sauer
- Five underground permit # BP- 17 – 04559- 08 – Sauer
- Additional handrail permit - #BP – 17- 04559 – 07 – Sauer
- Additional Revisions permit #BP 17 – 04559 – 6 – Sauer
- Plumbing commercial (void) permit #BP – 17 – 04559 – 02 – Sauer
- Mechanical commercial (new) permit #BP – 17 – 04559 – Sauer
- Fire Sprinkler permit # BP – 17 – 04559 – 04 – Sauer
- Gas commercial (voir) permit #BP – 17 – 04559 – 05 – Sauer
- Mechanical commercial (void) permit #BP – 17- 04559 – 08 – Sauer
- Commerical remodel permit #BP -17 – 04559 – Sauer
- Gas commercial (new) permit - #BP – 17 – 04559 – 07 – Sauer
- Plumbing commercial (new) permit #BP – 17 -04558 – 06 – Sauer
- Gas commerical (new) permit #BP – 17- 04558 – 05 – Sauer
- Electrical commercial (new) permit #BP – 17 -04558 – 01 – Sauer
- Plumbing commercial (new) permit #BP - -7 – 04558 – 02 – Sauer
- RFI – ASI permit #BP – 17 – 04558 – 03 – Sauer
- Proof drains permit #BP – 17 – 04558 – 03 – 01 – Sauer
- Fire Sprinklers permit #BP – 17 – 04558 – Sauer
- Commercial remodel permit - # BP – 17 – 04548 – Sauer
- Fire sprinkler permit #BP – 15 – 05774 – 11 – Sauer
- Site work permit #BP – 17 – 04555 – Sauer
- Foundation permit # BP – 17 – 04557 – Sauer
- Plumbing commercial (new) permit #BP – 15 – 05774 -06 – 03 – BCC
- Building (no fee) permit #BP – 15 – 05774 – 07 – BCC
- Building (no fee) permit #BP -15 – 05774 – 06 – BCC
- Building (no fee) permit #BP – 15 – 05774 – 08 – BCC
- Revisions to Plans permit # BP – 15 – 05774 – 09 – BCC
- Plumbing commercial (new) permit #BP – 15 -05774 -10 – BCC

- Electrical temp pole permit #BP – 16 – 05582 – BCC
- Fire sprinkler permit #BP – 16 – 06354 – BCC
- Electrical commercial (new) permit #BP – 15 – 05774 – 06- 02 – BCC
- Electrical commercial (new) permit #BP – 15- 05774 0 06 – 01 – BCC
- Electrical service repair/upgrade permit #BP – 15 – 05774 – 04 – BCC
- Electrical temp pole permit #BP – 15 – 05774 – 05 – BCC
- Site Work permit #BP – 15 – 05774 – 01 – BCC
- Plumbing commercial (new) permit #BP – 15 – 05774 – 01 – 01 -BCC

**BOX 9**

- Phase 1 & 2 Furniture
- Pierce, Goodwin, Alexander & Linville
- Plan Cost Review – Zimmer Construction Consultants
- PlanGrid
- PODS
- Potential Change Order #4
- PRAG
- Preferred eng'd Products
- Premier Plumbing and Leak
- Premier Plumbing and Leak – Robert Faulkner
- Premium beats standard license
- Pressure point waterproofing
- Primrose capital – fee agreement
- Program construction mang services
- Proof of payment – MTP copies
- PT Pros
- PT solution & Services
- Purchase Power
- Rafa Building Solutions
- Raleighnomics
- R&B Concrete Services
- Raise and Shine Blinds
- RG Groundworking
- Raymon Ivey
- Recommendation Letter
- RDG Midtown
- Reimbursement – Leisam Villanueva
- Release of liens
- Amanda Ferrreira – Reimbursement
- Angelo Poncho – reimbursements
- Reimbursements – Bonnalyn Lachut
- Bryan Richards – Reimbursements
- Eduardo Martinez – Reimbursements

- Maria L. Lopez – Reimbursements
- Reimbursements – Francisco Costa
- Oscar J. Roger – Reimbursements
- Oscar Roger – Reimbursements
- Remote Lack
- Renters Insurnace – 3461 Sw 2nd Av, apt 230

**BOX 10**

- Universal Engineering Science – 2020
- Universal Engineering Sciences – 2019
- Universal Engineering Sciences – 2018
- Universal Engineering Sciences – Reports 2018
- Universal Engineering Sciences – 2017
- Universal Engineering Sciences – 2016

**BOX 11**

- Target copy
- TCO Garage notice – St. Agustine
- Team Kodiak Electric Solutions
- Tel-test
- Temporary Certificate of Occupancy (garage)
- Temp power electric
- Termination of lease agreement – 4850 SW 1st Terrace
- Term sheet – northern capital
- Test messages Roger Benedetti & Oscar Roger
- Texas Trailer Sales
- The Best Restoration
- Thomas Printworks
- Threshold Agency
- Tim Cathey
- Top Notch Tree Care
- Town & Country
- Toyota Corolla
- Toyota Corolla Title
- TRC Construction Services
- Tremon Group
- Trez Foreman Capital – Commitment Letter
- Trophy Shop
- Trulite Glass & Aluminum Solution
- TSF Supply
- TSV Supply

- Us Legal Support
- US Trustee Program – Bankruptcy
- Unanimous Consent of memberships (mezz loan)
- US Postal Solutions
- Uline
- Ultra Low Temp
- United Iron works
- United Rentals
- United States Bankruptcy Count
- Universal Air
- Universal engineering Sciences – Standard Penetration Test
- Universal engineering sciences – Geotechnical proposal
- Universal engineering sciences – geotechnical report
- Universal engineering sciences – concrete testing
- Universal engineering sciences – threshold inspections
- Universal engineering sciences – water window testing
- UPS
- ISPS
- US pipe fabrication
- US bank
- Us bank disbursement request
- US Bank disbursement request
- Utility service of Gainesville
- University of Florida Student Government
- United Iron works

**BOX 12**

- V&G quality services
- Voided check – DIP 0547
- Voided checks – DIP Valley Bank 2020
- Voided checks – ocean bank 2020
- Vak-Pak
- Vandalism Police Report
- V-technical air conditioning
- Vibrant property management
- W.W Gay mechanical contractor
- Warehouuse lease agreement
- Waste Pro
- Watson C&D
- W 24th Ave LLC
- What Happening Promotions

- William Brewton
- William C. Hearon P.A
- Window meadows apartments – rent
- Windows – submittals
- Wither worldwide
- Workers compensation – chroma
- World electric supply
- The Wynwood apartments - unit #230
- Xerox financial services
- Yadira Ruiz
- Yo Juan Sun
- Yu Juan Sun – lease payment
- Zimmerman construction consultants
- Ximmer construction – project status report
- Blue furniture
- Zimmer construction consultants – agreement capital bank
- Bob's barricade
- Bosch group
- Bosshardt services – leasing agreement
- Bradenton cove properties – payments
- Bradenton cove properties  - AIA Documents
- Brio Construction
- Brooks Building Solutions
- Busy Bee Printing
- Bryan Martinez
- Buy out savings – midtown apartments
- C. David Coffey P.A
- Cisco

Label Matrix for local noticing
113C-1
Case 20-15173-RAM
Southern District of Florida
Miami
Tue May  9 12:07:16 EDT 2023

305 Power Corp
1390 South Dixie Highway
Suite 1107
Suite 1107
Coral Gables, FL 33146-2936

American Structural Concrete LLC f/k/a South
2385 Lithonia Industrial Blvd.
Lithonia, GA 30058-4615

Asset Campus USA, LLC
950 Corbindale Road
Suite 300
Houston, TX 77024-2849

BMI Financial Group, Inc.
c/o Salazar Law
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, FL 33134-4422

Best Meridian International Insurance Compan
c/o Salazar Law, LLP
2121 SW 3rd Avenue
Suite 100
Miami, FL 33129-1458

CASL Holdings LLC
c/o Henry H Bolz
Polsinelli PC
1111 Brickell Ave., Suite 2800
Miami, FL 33131-3127

Capital Steel Inc
620 S Tex Point
Homosassa, FL 33448

FCCI Insurance Company
c/o Alberta L. Adams
Mills Paskert Divers
100 North Tampa Street Suite 3700
Tampa, FL 33602-5835

Johns Creek Remodeling, LLC
c/o Thomas McDermott, Esq
901 NW 8th Avenue, Suite B-17
Gainesville, FL 32601-5089

Midtown Campus Properties, LLC
782 NW 42nd Ave.
Suite 550
Miami, FL 33126-5548

Roger Development Group, Inc.
c/o Berger Singerman LLP
Jordi Guso, Esq.
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-3453

Sauer, Inc
c/o Shawde & Eaton, P.L.
1792 Bell Tower Lane
Weston, FL 33326-3682

Southern Furniture Leasing, Inc.
1600 Capital Circle SW
Tallahassee, Fl 32310-9246

WAYNE AUTOMATIC FIRE SPRINKLERS INC.
c/o Michael S. Provenzale, Esq.
P.O. Box 2809
Orlando, FL 32802-2809

305 Power Corp.
7918 SW 165th Ct.
Miami, FL 33193-5818

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

AT&T
Bankruptcy Dept.
PO Box 309
Portland, OR 97207

AVP Construction Inc.
18338 NW 68th Ave.
Unit J
Hialeah, FL 33015-3431

Advanced Reprographics, Inc.
2207-A NW 13th St
Gainesville, FL 32609-3453

Alachua County
12 SE 1st Street
Gainesville, FL 32601-6826

Alberta L. Adams of Mills Paskert Divers
100 North Tampa Street, Ste 3700
Tampa, FL 33602-5835

American Structural Concrete LLC
2385 Lithonia Ind. Blvd.
Lithonia, GA 30058-4615

Argos USA LLC
2858 Sidney Ave
Orlando, FL 32810-5134

Asset Campus Housing
950 Corbindale Rd.
Suite 300
Houston, TX 77024-2849

Becker & Poliakoff, P.A.
1 E. Broward Blvd.
#1800
Fort Lauderdale, FL 33301-1876

Bob Barricades
921 Shotgun Road.
Fort Lauderdale, FL 33326-1983

Bozeman Services
7499 NE 132nd Place
Eastlake Weir, FL 32133

Brooks Building Solutions
4501 Beverly Ave.
Jacksonville, FL 32210-2006

C. David Coffey, P.A.
300 E. University Ave.
Suite 110
Gainesville, FL 32601-3460

C.E. Windows & Doors
9500 E. Calusa Club Dr.
Miami, FL 33186-1816

CRQ Florida, Inc.
dba Blue Furniture Solutions
16518 SW 6th St
Hollywood, FL 33027

Capital Steel, Inc.
6260 S Tex Point
Delray Beach, FL 33448

Carolinas Construction Solutions
PO Box 791638
Charlotte, NC 28206-7926

Cellucrete Corporation
11905 NW 99th Ave.
Hialeah, FL 33018-2937

Century Plumbing Wholesale, Inc.
901 SW 69th Ave.
Miami, FL 33144-4730

Champ Plumbing Corp.
3555 NW 52nd St.
Miami, FL 33142-3242

Chofers.com
4815 NW 79th Ave.
#6
Miami, FL 33166-5437

City Electric Supply Company
PO Box 609521
Orlando, FL 32860-9521

City of Gainesville
200 E. University Ave.
Gainesville, FL 32601-3400

City of Miami
444 SW 2 Ave
Miami, FL 33130-1910

Clay Electric Cooperative, Inc.
11530 NW 39th Ave.
Gainesville, FL 32606-4905

College Park Group, LLC
782 NW 42nd Ave.
Suite 550
Miami, FL 33126-5548

Composite Construction Systems, Inc.
5300 Transport Blvd.
Columbus, GA 31907-1918

Cox Communications, Inc.
PO Box 771906
Detroit, MI 48277-1906

Deluxe for Business
PO Box 742572
Cincinnati, OH 45274-2572

Direct Plus, LLC
806 Douglas Rd.
Suite 900
Miami, FL 33134-3157

Door One USA
2011 NE 31st Ave.
Gainesville, FL 32609-2506

Espirito Santo Graphics
275 University Dr.
Miami, FL 33134-6732

Fabulous Cleaning Services Inc.
8230 NW 112th Place
Bronson, FL 32621

Federal Express
POB 660481
Dallas, TX 75266-0481

Federal Insurance Company
202B Hall's Mill Road
PO Box 1650
Whitehouse Station, NJ 08889-1650

Federal Insurance Company
c/o Derek A. Popeil, Esq., Assistant VP
150 Allen Road
Ste #101
Basking Ridge, NJ 07920-2977

Ferguson Enterprises, LLC
PO Box 100286
Atlanta, GA 30384-0286

Fidelity Title Insurance Company
9100 Dadeland Blvd.
Suite 904
Miami, FL 33156-7826

First Insurance Funding Corp.
POB 7000
Carol Stream, IL 60197-7000

Florida Coatings Pro, LLC
7461 SW 56th St.
Miami, FL 33155-5505

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

Fraste Construction Corp.
12805 SW 84th Ave Rd
Miami, FL 33156-6514

GRU
301 SE 4th Ave.
Gainesville, FL 32601-6857

Gainesville Regional Utilities
301 SE 4th Ave Station A144
Gainesville, FL 32601

Gale Insulation
14501 NW 57th Ave
Unit 109
Opa Locka, FL 33054-2375

Gator Gypsum, Inc.
PO Box 930189
Atlanta, GA 31193-0189

Graybar
1015 S. Main St.
Gainesville, FL 32601-8111

Greco Aluminum Railings
9410 Eden Ave.
Hudson, FL 34667-5202

Greenberg Traurig, P.A.
Attn: Ricardo Fraga, Esq.
333 SE 2nd Ave.
Suite 4400
Miami, FL 33131-3238

HD Supply Construction & Industrial
11416 NW Hwy 441
Gainesville, FL 32653-8006

Hicks Asphalt Paving & Concrete
6758 SW CR 344
Bell, FL 32619-1803

Holman, Inc.
1225 Ellis Rd. S
Jacksonville, FL 32205-6311

Interior/Exterior Building Supply, LP
727 S. Cortez St.
New Orleans, LA 70119-6908

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JC Pro Builder's, LLC
1504 NW 4th St
Gainesville, FL 32601-4225

JSC Systems, Inc.
5021 Steep Ave.
Jacksonville, FL 32216-6085

Jago Drywall and Framing 777, Inc.
3461 SW 2nd Ave.
Apt 416
Gainesville, FL 32607-2890

John's Creek Florida Remodeling, LLC
10360 Medlock Bridge Rd.
Suite F
Duluth, GA 30097-5927

Joseph 305 Windows
631 NW 177th St.
Miami, FL 33169-6981

LP Construction, Inc.
3150 SW 7th St.
Ocala, FL 34474-1961

Lawn Enforcement Agency, Inc.
4802 SW 85th Ave.
Gainesville, FL 32608-5263

Magnolia Drywall, LLC
3003 NW 128th Rd.
Gainesville, FL 32609-4003

Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130-1559

Mogas Investment, Inc.
2627 NW 43rd St.
Suite 300
Gainesville, FL 32606-7484

Multi Assistance Services, Inc.
8950 SW 74th Court
24th Floor
Miami, FL 33156-3171

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

One Stop Painting & Flooring, Inc.
PO Box 5054
Ocala, FL 34478-5054

PGAL
3131 Briarpark, Suite 200
Houston, TX 77042-3793

Parking Boxx
761 Main St. E
Unit 4
Milton, ON L9T 3Z3

Pedreiras, Inc.
c/o Mark E. Buechele, Esq.
PO Box 552135
Fort Lauderdale, FL 33355-2135

Premier Plumbing and Leak
Detection, LLC
4605 NW 6th St.
Suite F
Gainesville, FL 32609-1772

RDG Midtown, LLC
782 NW 42nd Ave.
Suite 550
Miami, FL 33126-5548

Rise & Shine Blinds
19501 W Country Club Dr.
#2615
Gainesville, FL 32609

Roger Benedeti
c/o Mark E. Buechele, Esq.
PO Box 552135
Fort Lauderdale, FL 33355-2135

Roofing & Renovation of Florida LLC
1440 Massaro Blvd.
Tampa, FL 33619-3006

Roofing & Renovations of Florida
13423 Little Gem Cir.
Fort Myers, FL 33913-7924

Sauer Incorporated
11223 Phillips Pkwy Dr. E
Jacksonville, FL 32256-1571

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

(p)SIGNAL 88 LLC
3880 S 149TH ST
STE 102
OMAHA NE 68144-5568

Simpson Gumpertz & Heger
480 Totten Pond Rd.
Waltham, MA 02451-1908

Sims Crane & Equipment Co.
1219 U.S. Highway 301 North
Tampa, FL 33619-3501

Southeastern Concrete Plumbing, Inc.
2303 SW 112th St.
Gainesville, FL 32607-1227

Southern Pan Structures, LLC
2385 Lithonia Blvd.
Lithonia, GA 30058-4615

(p)SPEEDY CONCRETE CUTTING INC
2579 NW 19TH ST
FORT LAUDERDALE FL 33311-3406

St. Augustine Parish Land, LLC
1738 W. University Ave.
Gainesville, FL 32603-1839

Strickland Supplies, Inc.
8355 Arlington Expressway
Jacksonville, FL 32211-6364

Sunpass Operations
POB 613069
Ocoee, FL 34761-3069

Team Kodiak Electrical Solutions, Inc.
9 Olive Circle
Ocala, FL 34472-3109

The Bosch Group, Inc.
1931 NW 150th Ave.
Suite 110
Hollywood, FL 33028-2873

Thomas McDermott
2114 NW 40th Terr Ste D-2
Gainesville, FL 32605-3592

Traffic2Revenue, Inc.
13506 Summerport Blg Pkwy
Windermere, FL 34786-7366

U.S. Bank, N.A., as Indenture Trustee
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202-3658

US Attorneys' Office
99 NE 4th St
Miami, FL 33132-2145

US Bank Global Corporate Trust
225 E. Robinson St.
Suite 250
Orlando, FL 32801-4309

United States Trustee - Miami
51 SW 1st Ave # 1204
Miami, FL 33130-1614

Universal Engineering Services
PO Box 25316
Tampa, FL 33622-5316

Waste Pro
PO Box 865189
Orlando, FL 32886-5218

What's Happening Publications, Inc.
PO Box 143053
Gainesville, FL 32614-3053

Zimmer Construction Consultants, P.A.
129 NW 13th St #20
Boca Raton, FL 33432-1635

Beth M Brownstein
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040

C David Coffey
300 E University Ave #110
Gainesville, FL 32601-3460

Callie E Waers
MARTIN HILD P.A.
555 Winderley Place, Suite 415
Maitland, FL 32751-7133

Christopher Ward
POLSINELLI PC
222 Delaware Ave #1101
Wilmington, DE 19801-1621

Edward Etcheverry
150 S Pine Island Rd #150
Ft. Lauderdale, FL 33324-2669

Gregory S Martin
MARTIN HILD P.A.
555 Winderley Place #415
Maitland, FL 32751-7133

Heather L Harmon Esq
100 S.E. 2nd St., Ste. 4400
Miami, FL 33131-2118

Maria B Bosch
1931 NW 150th Ave #110
Pembroke Pines, FL 33028-2873

Mariaelena Gayo-Guitian
100 SE Second St., Ste. 4400
Miami, FL 33131-2118

Mark A Angelov
1301 Avenue of the Americas, Floor 42
New York, NY 10019-6040

Michael Jerbich
875 N. Michigan Avenue, #3900
Chicago, IL 60611-1945

Paul J. Battista Esq
100 SE Second St., Ste. 4400
Miami
Miami, FL 33131-2118

Ralph A Espinosa
2600 Douglas Rd #800
Coral Gables, FL 33134-6149

Randall R Brater
1717 K Street NW
Washington, DC 20006-5343

Ricardo L Fraga
c/o Greenberg Traurig, PA
333 SE 2nd Ave #4400
Miami, FL 33131-2184

Richard A Slider
2301 Centerpark West Dr #175
West Palm Beach, FL 33409-6484

Soneet R Kapila
1000 S. Federal Highway
Suite 200
Fort Lauderdale, FL 33316-1237

William H. Strop
1 E Broward Blvd #1800
Ft. Lauderdale, FL 33301-1876

William H. Strop Jr.
One East Broward Blvd #1800
Ft Lauderdale, FL 33301-1876

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114

Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232

Signal 88 LLC
PO Box 8246
Omaha, NE 68108

Speedy Concrete Cutting, Inc.
2579 NW 19th St.
Fort Lauderdale, FL 33311

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal Insurance Company
c/o Gerard M. Kouri, Jr. PA

(u)Gainesville Regional Utilities

(u)Sims Crane & Equipment Co.

(u)St. Augustine Parish Land, LLC

(u)U.S. Bank National Association,  as Truste

(u)Miami

(d)FCCI Insurance Company
c/o Alberta L. Adams
Mills Paskert Divers
100 North Tampa Street, Ste 3700
Tampa, FL 33602-5835

(d)Johns Creek Remodeling, LLC
c/o Thomas McDermott Esq.,
901 NW 8th Avenue
Suite B-17
Gainesville, FL 32601-5089

(d)Southern Furniture Leasing
1600 Capital Circle SW
Tallahassee, FL 32310-9246

End of Label Matrix
Mailable recipients   135
Bypassed recipients     9
Total               144