

**ORDERED in the Southern District of Florida on June 10, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          Chapter 11

**MIDTOWN CAMPUS PROPERTIES, LLC,**                            Case No. 20-15173-RAM

      Debtor.
_____/

**ORDER GRANTING REORGANIZED DEBTOR'S MOTION FOR AUTHORIZATION**
**TO ABANDON AND/OR DESTROY CERTAIN OF THE REORGANIZED**
**DEBTOR'S BOOKS & RECORDS**

**THIS MATTER** came before the Court on **June 8, 2023 at 10:00 a.m.** upon the

*Reorganized Debtor's Motion for Authorization to Abandon and/or Destroy Certain of the*

*Reorganized Debtor's Books and Records* (the "Motion")[1] [ECF No. 729] filed by Midtown Campus

Properties, LLC (the "Reorganized Debtor"), and the Court having reviewed the Motion and hearing

arguments of counsel, noting that no formal objections have been filed, being advised that counsel

has agreed to the terms of this Order, and being otherwise duly advised in the premises, it is

**ORDERED,** as follows:

1.      The Motion is hereby **GRANTED**, as provided herein.

2.      The Reorganized Debtor is authorized to abandon, destroy and/or otherwise dispose of the Documents more specifically described on Exhibit "A" to the Motion, with the exception of the Documents in three boxes (Boxes 3 and 5, and BOX 55 MIDTOWN), which the Reorganized Debtor is directed to maintain and preserve until the completion (including any appeals) of the lawsuit styled, *Pedreiras, Inc. v. Federal Insurance Company, et al,* currently pending in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, Case No. 2021-CA-005736 .

3.      The Court shall retain jurisdiction over this matter to provide such additional and further relief as is necessary to enforce the terms and conditions of this Order.

###

**Submitted by:**

Mariaelena Gayo-Guitian, Esq.
Venable LLP
Counsel to Reorganized Debtor
200 East Broward Blvd, Suite 1110
Fort Lauderdale, FL 33301
Telephone:  (954) 453-8000
Facsimile:  (954) 453-8010
mguitian@venable.com

**Copies to:**  Mariaelena Gayo-Guitian, Esq.
(Ms. Gayo-Guitian is directed to serve a conformed copy of this Order upon all parties in interest entitled to receive electronic notice, and by U.S. Mail on all parties on the Court's Official Mailing Matrix.)

---

[1] Unless otherwise stated herein, all capitalized terms shall have the same meaning as defined in the Motion.